# EXHIBIT A

## PLAINTIFF'S CERTIFICATION

Erik Volfing, CFO/COO of Grand Slam Asset Management, on behalf of the Grand Slam Capital Master Fund, Ltd. ("Plaintiff"), declares under penalty of perjury as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including  providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Fusion Connect, Inc.  securities during the Class Period specified in the Complaint are as follows: **see attached SCHEDULE A**.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed  this  ____6ᵗʰ____  day  of  June 2019.

Erik Volfing, CFO/COO,
Grand Slam Asset Management on behalf of the
Grand Slam Capital Master Fund, Ltd.

**Schedule A to Certification of Grand Slam Capital Master Fund, Ltd.**
**Fusion Connect, Inc.**

### Purchases

| Date | # of shares | Price per share |
| --- | --- | --- |
| 07/18/18 | 9,026 | $3.70 |
| 07/19/18 | 23,045 | $3.75 |
| 07/23/18 | 25,218 | $3.78 |
| 07/27/18 | 26,555 | $4.00 |
| 07/30/18 | 25,519 | $4.00 |
| 07/31/18 | 12,990 | $4.00 |
| 08/02/18 | 8,417 | $4.00 |
| 08/15/18 | 12,000 | $3.92 |

### Sales

| Date | # of shares | Price per share |
| --- | --- | --- |
| 10/26/2018 | 5,000 | $2.43 |
| 12/6/2018 | 10,132 | $2.04 |
| 12/14/2018 | 4,944 | $1.77 |
| 12/26/2018 | 174 | $1.56 |
| 1/17/2019 | 87 | $1.84 |
| 1/18/2019 | 100 | $1.76 |
| 1/23/2019 | 3,400 | $1.73 |
| 1/25/2019 | 21,000 | $1.82 |
| 2/6/2019 | 5,000 | $2.00 |
| 2/21/2019 | 466 | $1.96 |
| 2/22/2019 | 7,000 | $2.03 |
| 2/25/2019 | 146 | $2.09 |
| 3/26/2019 | 8 | $1.46 |