**WOLF HALDENSTEIN**
**ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
Kevin G. Cooper
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Fax: (212) 686-0114
Email: guiney@whafh.com
Email: kcooper@whafh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAND SLAM CAPITAL MASTER FUND, LTD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. ROSEN, KEVIN M. DOTTS, and KEITH SOLDAN,<br><br>Defendants. | CASE No.: 1:19-cv-05362-PGG<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

I, Matthew M. Guiney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.      I am a member of the bar of this Court and an attorney for Plaintiff Grand Slam Capital Master Fund ("Plaintiff"). I make this Declaration in support of Plaintiff's request for a certificate of default pursuant to Fed. R. C. P. 55(a) against Defendant Matthew D. Rosen ("Rosen").

2.      Plaintiff commenced this action on June 7, 2019.  (Dkt. No. 1).

3.      On June 24, 2019, Joshua Lee, a person over the age of eighteen (18) years, with no interest in the above action, and a Licensed Processed Server, personally delivered a true copy of the Summons and Complaint to the corporate headquarters of Fusion Connect, Inc., at which company Defendant Rosen serves as the Chief Executive Officer.  James P. Prenetta, Jr., the General Counsel of Fusion Connect, Inc., accepted the Summons and Complaint and informed Plaintiff's Process Server that he is duly authorized to accept service on behalf of Defendant Rosen. *See* Dkt. No. 19.

4.      Docket Entry No. 19 states that Defendant Rosen's answer was due on July 15, 2019. Defendant Rosen did not answer or otherwise move with respect to the Complaint.

5.      There is no court order extending Defendant Rosen's time to respond to the Complaint.

6.      To my knowledge, Defendant Rosen is not an infant or incompetent. Defendant Rosen is not presently in the military service of the United States as appears from facts in this litigation.  Defendant Rosen is currently serving as the Chief Executive Officer of Fusion Connect, Inc.

DATED: July 22, 2019                                   /s/ *Matthew M. Guiney*
                                                       Matthew M. Guiney