| | |
|---|---|
| **From:** | Jacobsen, Joni |
| **To:** | Yu Shi |
| **Subject:** | Activity in Case 1:19-cv-05362-PGG Grand Slam Capital Master Fund, Ltd. v. Rosen et al Notice to Attorney Regarding Deficient Pleading |
| **Date:** | Tuesday, December 10, 2019 10:08:05 AM |

On behalf of Defendants, you have our consent to file the amended complaint on December 6, 2019.

Regards,
Joni Jacobsen

Joni Jacobsen
Partner
**Dechert LLP**
35 West Wacker
Suite 3400
Chicago, IL 60601
Direct +1 312 646 5813
Fax   +1 312 646 5883
joni.jacobsen@dechert.com
www.dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.