**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROBERT PATRON, individually and on behalf of all others similarly situated,

               Plaintiff,

KEVIN M. DOTTS and KEITH SOLDAN,

               Defendants.

Case No. 1:19-cv-05362-PGG

---

**DECLARATION OF JONI S. JACOBSEN**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

JONI S. JACOBSEN declares pursuant to 28 U.S.C. § 1746 as follows:

I am a partner of the law firm Dechert LLP, attorneys for Defendants Kevin M. Dotts and Keith Soldan ("Defendants"). I submit this Declaration in support of the Motion to Dismiss Plaintiff's Amended Complaint, submitted by Defendants by and through their respective counsel. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

1.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Fusion Connect's 2017 Annual Report (Form 10-K), filed March 22, 2018.

2.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Fusion Connect's 2016 Annual Report (Form 10-K), filed March 20, 2017.

3.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Fusion Connect's Current Report (Form 8-K), filed May 10, 2018.

4.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Fusion Connect's Quarterly Report (Form 10-Q), filed August 14, 2018.

5.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Fusion Connect's Quarterly Report (Form 10-Q), filed November 13, 2018.

6.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Fusion Connect's Schedule 14F-1, filed April 3, 2018.

7.      Attached hereto as Exhibit 7 is a true and correct copy of Fusion Connect's Current Report (Form 8-K), filed June 18, 2018.

8.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Keith Soldan's Declaration Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York in Bankruptcy action No. 19-11811, filed June 30, 2019.

9.      Attached hereto as Exhibit 9 is a true and correct copy excerpts from Fusion Connect's Quarterly Report (Form 10-Q), filed May 15, 2018.

10.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Fusion Connect's Current Report (Form 8-K), filed April 2, 2019.

11.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Fusion Connect's Form 12b-25 Notice of Late Filing of Form 10-K (Form NT 10-K/A), filed April 2, 2019.

12.     Attached hereto as Exhibit 12 is a true and correct copy of Fusion Connect's Current Report (Form 8-K), filed June 14, 2018.

13.     Attached hereto as Exhibit 13 is a true and correct copy of Keith Soldan's Statement of Changes in Beneficial Ownership of Securities (Form 4), filed November 9, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 21, 2020

Respectfully Submitted,

DECHERT LLP

/s/ Joni S. Jacobsen_____
David H. Kistenbroker
Joni S. Jacobsen
Melanie MacKay
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 646-5800
Fax: (312) 646-5858

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2020, I filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Joni S. Jacobsen_____
Joni S. Jacobsen