# EXHIBIT 4

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-Q**

**(Mark One)**

☑    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number: 001-32421**

**FUSION CONNECT, INC.**
(Exact name of registrant as specified in its charter)

| Delaware | 58-2342021 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

**420 Lexington Avenue, Suite 1718, New York, New York   10170**
(Address of principal executive offices)    (Zip Code)

**(212) 201-2400**
(Registrants telephone number, including area code)

Indicate by check mark whether the issuer (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. **Yes** ☑ **No** ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). **Yes** ☑ **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "non-accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☑ |
| (do not check if a smaller reporting company) | | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    **Yes** ☐ **No** ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: August 10, 2018.

| Title of Each Class | Number of Shares Outstanding |
|---|---|
| Common Stock, $0.01 par value | 78,464,037 |

**Fusion Connect, Inc. and Subsidiaries**
**Unaudited Condensed Notes to Consolidated Financial Statements**

### Note 1. Organization and Business

Fusion Connect, Inc. is a Delaware corporation incorporated in September 1997 ("Fusion"). The Company (as defined below) is a provider of integrated cloud solutions, including cloud voice, cloud connectivity, cloud infrastructure, cloud computing and managed cloud-based applications, and business services to small, medium and large businesses.

We are focused on becoming our business customers' single source for leveraging the increasing power of the cloud, providing a robust package of what we believe to be the essential services that form the foundation for their successful migration to, and efficient use of, the cloud. Our products and services include cloud voice and Unified Communications-as-a-Service, improving communication collaboration on virtually any device, virtually anywhere; and cloud connectivity services, securely and reliably connecting customers to the cloud with managed network solutions that are designed to increase quality and optimize network efficiency and contact center solutions. Our cloud computing and Infrastructure-as-a-Service solutions are designed to provide our larger enterprise customers with a platform on which additional cloud services can be layered. Complemented by our Software-as-a-Service solutions, such as security and business continuity, our advanced cloud offerings include private and hybrid cloud, storage, backup and recovery and secure file sharing that allow our customers to experience the increased efficiencies and agility delivered by the cloud.

On May 4, 2018 (the "Birch Closing Date"), Fusion, completed the previously announced merger (the "Birch Merger") of its wholly-owned subsidiary, Fusion BCHI Acquisition LLC ("BCHI Merger Sub"), with and into Birch Communications Holding, Inc., a Georgia corporation ("Birch"), in accordance with the terms of the Agreement and Plan of Merger, dated as of August 26, 2017, as amended, among Fusion, Birch Merger Sub and Birch (the "Birch Merger Agreement"). As a result of the Birch Merger, each then existing subsidiary of Birch became an indirect-wholly owned subsidiary of Fusion. On May 4, 2018, Fusion also changed its corporate name from Fusion Telecommunications International, Inc. to Fusion Connect, Inc.

For accounting purposes, the Birch Merger is treated as a "reverse acquisition" under generally acceptable accounting principles in the United States ("U.S. GAAP") and Birch is considered the accounting acquirer. Birch was determined to be the accounting acquirer based on the terms of the Birch Merger Agreement and other factors, such as relative stock ownership following the Birch Closing Date. Accordingly, Birch's historical results of operations replace Fusion's historical results of operations for all periods prior to the Birch Merger and, for all periods following the Birch Merger, the results of operations of the combined company will be included in the Fusion's financial statements.

In addition, as previously disclosed, on June 15, 2018 (the "MegaPath Closing Date"), the Company (as defined below) completed its acquisition of MegaPath Holding Corp., a Delaware corporation ("MegaPath") through a merger (the "MegaPath Merger") of Fusion MPHC Acquisition Corp. ("MegaPath Merger Sub"), with and into MegaPath, in accordance with the terms of the Agreement and Plan of Merger, dated as of May 4, 2018, among the Company, MegaPath, MegaPath Merger Sub and Shareholder Representative Services, LLC, as stockholder representative (the "MegaPath Merger Agreement").

This quarterly report on Form 10-Q relates to the Company's three and six-month periods ended June 30, 2018, which six-month period includes the date of the completion of the Birch Merger, and is therefore Fusion's first quarterly report on Form 10-Q that includes results of operations for the combined company, including Birch and MegaPath.

Unless the context otherwise requires, references to the "Company," the "combined company" "we," "our" or "us" in this report refer to Fusion and its subsidiaries following the completion of the Birch Merger and, as applicable, the MegaPath Merger and references to "Fusion" refers to the Company prior to the completion of the Birch Merger.

Except as otherwise noted, references to "common stock" in this report refers to common stock, par value $0.01 per share, of Fusion. On May 4, 2018, Fusion effected a 1-for-1.5 reverse split of its common stock (the "Reverse Split"). Unless noted otherwise, any share or per share amounts in this report, the accompanying unaudited condensed consolidated financial statements and related notes give retroactive effect to the Reverse Split.

**Note 4. Acquisitions**

*Birch*

On the Birch Closing Date, Birch merged with and into BCHI Merger Sub, with BCHI Merger Sub surviving the merger as a wholly-owned subsidiary of Fusion. For accounting purposes, the Birch Merger is treated as a "reverse acquisition" under U.S. GAAP and Birch is considered the accounting acquirer. Birch was determined to be the accounting acquirer based on the terms of the Birch Merger Agreement and other factors, such as relative stock ownership of the Company following the Birch Merger. Accordingly, Birch's historical results of operations replace Fusion's historical results of operations for all periods prior to the Birch Merger and, for all periods following the Birch Merger, the results of operations of the combined company will be included in the Fusion's financial statements. All share numbers and other information about equity securities prior to the acquisition of Birch in this report relate to legacy Fusion.

On the Birch Closing Date, all of the outstanding shares of common stock, par value $0.01 per share, of Birch (other than treasury shares or shares owned of record by any Birch subsidiary) were cancelled and converted into the right to receive, in the aggregate, 49,896,310 shares (the "Merger Shares") of Fusion common stock, which constituted approximately 65.5% of the then issued and outstanding shares of Fusion common stock on that date. Pursuant to subscription agreements executed by each of the former shareholders of Birch, the Merger Shares were issued in the name of, and are held by, BCHI Holdings, LLC, a Georgia limited liability company ("BCHI Holdings").

The fair value of assets acquired and liabilities assumed as a result of the Birch and Fusion combination is based upon management's estimates which have been derived, in part, from an analysis provided by an independent third-party valuation firm. The assumptions are subject to change for a period of up to one year from date of the Birch Merger. Critical estimates in valuing certain intangible assets include but are not limited to future expected cash flows from customer relationships and the trade name, present value and discount rates. Management's estimates of fair value are based upon assumptions believed to be reasonable, but which are inherently uncertain and unpredictable and, as a result, actual results may differ from those estimates.

The preliminary purchase price allocation is as follows (in thousands):

|  |  | Useful life (in years) |
|---|---:|---:|
| Purchase consideration for invested capital | $ 221,172 | |
| Less: debt | (89,205) | |
| Total purchase consideration for equity | $ 131,967 | |
|  |  |  |
| Cash | $ 28,176 | |
| Accounts receivable | 8,684 | |
| Other current assets | 2,444 | |
| Property and equipment | 13,008 | |
| Other noncurrent assets | 1,220 | |
| Intangible assets: | | |
|   Developed technology | 4,710 | 3 |
|   Trademark | 49,500 | 10 |
|   Customer relationships | 41,100 | 15 |
|   Goodwill | 99,253 | |
| Deferred revenue | (1,200) | |
| Other liabilities, including debt | (114,928) | |
|  | $ 131,967 | |

The excess of the purchase price over the assets acquired and liabilities assumed represents goodwill. The goodwill is primarily attributable to the synergies expected to arise from the combination and is not expected to be deductible for tax purposes.

10

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion should be read in conjunction with the information contained in our unaudited condensed consolidated financial statements and the notes thereto appearing elsewhere herein and with Birch's audited financial statements and notes thereto included in the Form 8-K filed by the Company with the SEC on May 10, 2018. As further described in "Note 4 – Acquisitions" in this report, Birch was determined to be the accounting acquirer in the Birch Merger and, accordingly, the historical financial information presented in this report, including for the second quarter of 2017, reflects the standalone financial statements of Birch and, therefore, period-over-period comparisons may not be meaningful.

Certain statements and the discussion contained herein regarding the Company's business and operations may include "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements consist of any statement other than a recitation of historical fact and can be identified by the use of forward-looking terminology such as "may," "plans," "expect," "anticipate," "intend," "estimate" or "continue" or the negative thereof or other variations thereof or comparable terminology. The reader is cautioned that all forward-looking statements are speculative and are subject to risks and uncertainties, including those set forth under Item 1A, "Risk Factors" in Fusion's Annual Report on Form 10-K for the year ended December 31, 2017, and Part II, Item 1A in this report, that could cause actual events or results to differ materially from historical results or anticipated results. The risks of the Company include, among other things, its ability to attract new capital to execute its comprehensive business strategy, its ability to integrate acquisitions, its ability to comply with the terms of the Credit Facilities, competitors with broader product lines and greater resources, emergence into new markets, acts of war, terrorism or other events beyond the Company's control and the other factors identified by the Company from time to time in its filings with the SEC. However, the risks included should not be assumed to be the only risks that could affect future performance. All forward-looking statements included in this report are made as of the date hereof, are based on information available to the Company as of that date, and the Company assumes no obligation to update any such forward-looking statements.

<u>**OVERVIEW**</u>

**Recent Developments**

*Birch*

On the Birch Closing Date, Fusion completed the various transactions contemplated by the Birch Merger Agreement. As contemplated therein, on the Birch Closing Date, Birch merged with and into BCHI Merger Sub, with BCHI Merger Sub surviving the merger as a wholly-owned subsidiary of Fusion. For accounting purposes, the Birch Merger is treated as a "reverse acquisition" under U.S. GAAP and Birch is considered the accounting acquirer. Birch was determined to be the accounting acquirer based on the terms of the Birch Merger Agreement and other factors, such as relative stock ownership of the Company following the Birch Merger. Accordingly, Birch's historical results of operations replace Fusion's historical results of operations for all periods prior to the Birch Merger and, for all periods following the Birch Merger, the results of operations of the combined company will be included in the Fusion's financial statements. All share numbers and other information about equity securities prior to the acquisition of Birch in this report relate to Fusion and give effect to the Reverse Split. See note 4 in the accompanying unaudited condensed consolidated financial statements for additional information on the reverse acquisition.

On the Birch Closing Date, all of the outstanding shares of common stock of Birch (other than treasury shares or shares owned of record by any Birch subsidiary) were cancelled and converted into the right to receive the Merger Shares. Pursuant to subscription agreements executed by each of the former shareholders of Birch, the Merger Shares were issued in the name of, and are held by, BCHI Holdings.

*MegaPath*

On the MegaPath Closing Date (June 15, 2018), the Company completed the MegaPath Merger. In accordance with the terms of the MegaPath Merger Agreement, the Company paid approximately $61.5 million of the $71.5 million purchase price in cash , with approximately $10 million of the purchase price paid in 1,679,144 shares of Fusion's common stock, at an agreed upon price of $5.775 per share. As a result of the fixed price at which the shares were issued, from an accounting perspective, the total purchase price was $68.3 million. Of the cash consideration, $2.5 million was deposited into an escrow account to be held for one year to secure the indemnification obligations in favor of the Company under the MegaPath Merger Agreement. The financial statements included in this report and in future reports filed by the Company include adjustments to reflect the acquisition of MegaPath as of MegaPath Closing Date.

24

The cash consideration, as well as certain expenses associated with the MegaPath Merger, was funded from $62.0 million of borrowings under the First Lien Credit Agreement. See note 13 in the accompanying unaudited condensed consolidated financial statements for additional information on the terms of the First Lien Credit Agreement.

See note 4 in the accompanying unaudited condensed consolidated financial statements for additional information regarding the Birch Merger and MegaPath Merger.

**Our Business**

We are a provider of integrated cloud solutions to small, medium and large businesses. Our innovative cloud solutions lower our customers' cost of ownership and deliver new levels of security, flexibility, scalability and speed of deployment.

We are focused on becoming our business customers' single source for leveraging the increasing power of the cloud, providing a robust package of what we believe to be the essential services that form the foundation for their successful migration to, and efficient use of, the cloud. Our products and services include cloud voice and Unified Communications-as-a-Service, improving communication collaboration on virtually any device, virtually anywhere; and cloud connectivity services, securely and reliably connecting customers to the cloud with managed network solutions that are designed to increase quality and optimize network efficiency and contact center solutions. Our cloud computing and Infrastructure-as-a-Service solutions are designed to provide our larger enterprise customers with a platform on which additional cloud services can be layered. Complemented by our Software-as-a-Service solutions, such as security and business continuity, our advanced cloud offerings include private and hybrid cloud, storage, backup and recovery and secure file sharing that allow our customers to experience the increased efficiencies and agility delivered by the cloud.

## COMPONENTS OF STATEMENTS OF OPERATIONS

**Revenue**

We generate revenue primarily from monthly recurring, usage and installation fees related to the provision of cloud and business services.

**Cost of Revenue**

Cost of revenue primarily consists of circuit and third-party service costs and taxes and fees.

**SG&A**

SG&A consist primarily of costs related to sales and marketing, compensation and other expense for executive, finance, product development, human resources and administrative personnel, professional fees and other general corporate costs.

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

Our discussion and analysis of financial condition and results of operations are based on our condensed consolidated financial statements, which have been prepared in accordance with U.S. GAAP. The preparation of these financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues, expenses and disclosure of contingent assets and liabilities. Management makes these estimates on their historical experience and on various other assumptions that they believe to be reasonable under the circumstances, and these estimates form the basis for their judgments concerning the carrying values of assets and liabilities that are not readily apparent from other sources. Management periodically evaluates these estimates and judgments based on available information and experience. Actual results may differ substantially from these estimates. If actual results significantly differ from management estimates, the Company's financial condition and results of operations could be materially impacted.

We have identified the policies and significant estimation processes discussed below as critical to our operations and to an understanding of our results of operations.

## LIQUIDITY AND CAPITAL RESOURCES

*Liquidity*

Since our inception, we have incurred significant net losses. During the three and six months ended June 30, 2018, we had a net loss of $18.5 million and $31.5 million, respectively. At June 30, 2018, we had a working capital deficit of $84.3 million and stockholders' deficit of $118.9 million. Our cash balance at June 30, 2018 was $13.5 million. While our management projects that we have sufficient cash to fund our operations and meet our operating and debt obligations for the next twelve months, we may decide to either raise additional capital, limit our discretionary capital expenditures or borrow amounts available under the Revolving Facility to support our business plan. There is currently no commitment for additional funding and there can be no assurances that other funds will be available on terms that are acceptable to us, or at all.

We have never paid cash dividends on our common stock, and we do not anticipate paying cash dividends on our common stock in the foreseeable future. We intend to retain all of our earnings, if any, for general corporate purposes, and, if appropriate, to finance the further expansion of our business. Subject to the rights of holders of our Series D Preferred Stock, any future determination to pay dividends is at the discretion of the Company's board, and will be dependent upon our financial condition, operating results, capital requirements, general business conditions, the terms of our then existing credit facilities, limitations under Delaware law and other factors that the Company's board and senior management consider appropriate.

The holder of our Series D Preferred Stock is entitled to receive monthly dividends at an annual rate of 12%. These dividends can be paid, at the Company's option, either in cash or, under certain circumstances, in shares of our common stock. From the Birch Closing Date through June 30, 2018, undeclared dividends on the Series D Preferred Stock were $0.2 million.

*Capital Resources*

On the Birch Closing Date, the Company entered into the First Lien Credit Agreement, which provides for a $45.0 million Tranche A Term Loan, a $510.0 million Tranche B Term Loan and the $40.0 million Revolving Facility. In addition, the Company simultaneously entered into the Second Lien Credit Agreement, which provides for an $85.0 million term loan. The proceeds of the Term Loans were used to refinance all of the then existing indebtedness of Fusion and its subsidiaries (including Birch), except for the Bircan Notes, and to finance the cash portion of the consideration for the MegaPath Merger. See note 13 for further information.

As of June 30, 2018, our debt consisted of the following (in thousands):

| | |
|---|---:|
| First Lien Credit Agreement: | |
| Tranche A Term Loan, matures May 2022 | $ 45,000 |
| Tranche B Term Loan, matures May 2023 | 510,000 |
| Revolving Facility, matures May 2022 | - |
| Second Lien Credit Agreement – Term Loan, matures November 2022 | 85,000 |
| Subordinated Note, matures February 2023 | 10,000 |
| Bircan Notes Payable, matures March 2019 | 3,348 |
| | 653,348 |
| Less: | |
| Discounts | (48,828) |
| Current portion | (24,500) |
| | $ 580,020 |

As of June 30, 2018, the Credit Facilities (including the Revolving Facility) bear interest at a weighted-average rate of approximately LIBOR plus 7.6%. Excluding the Revolving Facility, the Credit Facilities bear interest at a weighted-average rate of approximately LIBOR plus 7.7%.

Under the Credit Agreements, the Company is subject to a number of affirmative and negative covenants, including but not limited to, restrictions on paying indebtedness subordinate to its obligations to the Lenders, incurring additional indebtedness, making capital expenditures, dividend payments and cash distributions by subsidiaries. Furthermore, the Company is required to comply with various financial covenants, including net leverage ratio, fixed charge coverage ratio and maximum levels of consolidated capital expenditures; and its failure to comply with any of the restrictive or financial covenants could result in an event of default and accelerated demand for repayment of its indebtedness. As of June 30, 2018, the Company was in compliance with these financial covenants.