# EXHIBIT 6

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

_____

**SCHEDULE 14F-1**

_____

**INFORMATION STATEMENT**
**PURSUANT TO SECTION 14(F) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**
**AND RULE 14F-1 THEREUNDER**

# FUSION TELECOMMUNICATIONS INTERNATIONAL, INC.

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **001-32421** | **58-2342021** |
|:---:|:---:|:---:|
| *(State or other jurisdiction of incorporation)* | *(Commission File Number)* | *(IRS Employer Identification No.)* |

| **420 Lexington Avenue, Suite 1718 New York, NY** | **10170** |
|:---:|:---:|
| *(Address of principal executive offices)* | *(Zip Code)* |

Registrant's telephone number, including area code:          **(212) 201-2400**

**NOTICE OF CHANGE IN THE MAJORITY OF THE BOARD OF DIRECTORS**

This Information Statement is being furnished on or about April 2, 2018 to all stockholders of record at the close of business on March 28, 2018 of (i) the common stock, par value $0.01 per share ("Common Stock"), and (ii) series B-2 cumulative convertible preferred stock, $0.01 par value per share, of Fusion Telecommunications International, Inc. (the "Company," "Fusion," "we," "us," or "our") .

This Information Statement is required by Section 14(f) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 14f-1 promulgated thereunder. You are urged to read this Information Statement carefully and in its entirety. However, you are not required to take any action in connection with this Information Statement.

**THIS INFORMATION STATEMENT IS BEING PROVIDED SOLELY FOR INFORMATIONAL PURPOSES AND NOT IN CONNECTION WITH ANY VOTE OR OTHER ACTION OF THE STOCKHOLDERS OF FUSION TELECOMMUNICATIONS INTERNATIONAL, INC.**

**WE ARE NOT ASKING YOU FOR A PROXY AND YOU ARE NOT BEING REQUESTED TO SEND US A PROXY.**

**INTRODUCTION**

On August 26, 2017, Fusion, Fusion BCHI Acquisition LLC, a Delaware limited liability company ("Merger Sub") and Birch Communications Holdings, Inc., a Georgia corporation ("Birch"), entered into an Agreement and Plan of Merger, as amended on September 15, 2017, September 29, 2017, October 27, 2017, January 24, 2018, January 25, 2018, March 12, 2018 and April 3, 2018 (as so amended, the "Merger Agreement"), pursuant to the terms of which Birch will merge with and into Merger Sub (the "Merger"), with Merger Sub surviving the Merger as a wholly-owned subsidiary of the Company.

On the effective date of the Merger, the outstanding shares of common stock, par value $0.01 per share, of Birch (other than treasury shares or shares owned of record by any Birch subsidiary) will be cancelled and converted into the right to receive, in the aggregate, a number of shares of our Common Stock equal to three times the number of shares of (i) our Common Stock issued and outstanding immediately prior to the closing of the Merger (but excluding the shares of our Common Stock issued by us in a public offering of our Common Stock completed in February 2018 as well as certain other issued and outstanding shares of our Common Stock ), plus (ii) the number of shares of our Common Stock issued or issuable upon the conversion of all classes or series of our preferred stock outstanding immediately prior to the closing of the Merger, plus (iii) the number of shares of our Common Stock issuable upon the exercise of all in-the-money Fusion warrants (as adjusted for stock splits and calculated using the treasury stock method) (collectively, the "Merger Shares").

Pursuant to subscription agreements executed by each of the shareholders of Birch, the Merger Shares will be issued in the name of, and held by, BCHI Holdings, LLC ("BCHI"), a Georgia limited liability company owned by the shareholders of Birch. On the closing date of the Merger, BCHI and Fusion will enter into a registration rights agreement governing the registration rights of BCHI in respect of the Merger Shares and pursuant to which we will agree, among other things, to use our reasonable best efforts to cause a shelf registration statement covering the resale of up to 25% of the Merger Shares to be declared effective by the Securities and Exchange Commission (the "SEC") within 120 days of the closing of the Merger.

Closing of the Merger is subject to numerous conditions, including (i) Fusion obtaining financing for the transaction, which will be used to retire existing senior debt facilities at Birch and Fusion, (ii) all existing shares of our preferred stock being converted into shares of our Common Stock, and (iii) Fusion using its reasonable best efforts to cause the Merger Shares to be approved for listing on The Nasdaq Stock Market, Inc., including, if necessary, in order to comply with Nasdaq listing requirements, amending Fusion's existing certificate of incorporation prior to the effective time of the Merger to effect a reverse stock split of our Common Stock to satisfy the applicable Nasdaq minimum pricing requirements (the "Reverse Stock Split"). If the Reverse Stock Split must be completed prior to the closing of the Merger, it will be in a range of up to 5:1, with the final ratio to be determined by our existing board of directors (the "Board").

**Lewis Dickey, Jr.**

Upon consummation of the Merger, Mr. Dickey will be appointed as a Director. Since May 2017, Mr. Dickey has served as the Chairman and Chief Executive Officer of Modern Media Acquisition Corp., a Nasdaq listed special purpose acquisition corporation. Since September 2010, Mr. Dickey has served as Chairman of the Board of Modern Luxury Media, a regional magazine publishing company and since May 2017 he has also served as its Chief Executive Officer. From March 2000 to September 2015, Mr. Dickey served as Chief Executive Officer of Cumulus Media, Inc., a leader in the radio broadcasting industry which owns and operates a nationwide radio network. Mr. Dickey also served Chairman of the Board of Cumulus Media Inc. from December 2000 to May 2015. Prior to co-founding Cumulus in 1997, Mr. Dickey was a nationally regarded consultant on media strategy. The Board believes that Mr. Dickey's background as the co-founder of a media company, his service as the chairman and chief executive officer of several companies, provides him with the industry, financial, legal, and leadership experience to advise the Board on strategic and tactical matters. Mr. Dickey's qualifications to serve as a post-Merger Director include over thirty years of experience in the media, entertainment and marketing services industries.

**Rafe de la Gueronniere**

Upon consummation of the Merger, Mr. Rafe de la Gueronniere will be appointed as a Director. Mr. de la Gueronniere has served as a director of Third Point Reinsurance Ltd. since November 2013. From March 2014 to March 2017, Mr. de la Gueronniere served as co-chairman of Continuity Logic, LLC, a software company. From March 2013 through March 2014, Mr. de la Gueronniere served as Vice Chairman of New Providence Asset Management, a money management company that he co-founded in 2003. Prior to co-founding New Providence Asset Management, Mr. de la Gueronniere was a Principal at the Mariner Investment Group, Chairman of the Discount Corporation of New York, and a Member of the Management Committee and Board at Paine Webber, Inc. Mr. de la Gueronniere began his career at J.P. Morgan & Co. where he was a Senior Vice President responsible for the fixed income and precious metals businesses. Currently, Mr. de la Gueronniere is a member of the Investment Committee of the John D. and Catherine T. MacArthur Foundation. He formerly served as a Trustee and Investment Committee Chair for both the Taft School and the Far Hills Country Day School and was a longstanding member of the U.S. Treasury Debt Management Advisory Committee. Mr. de la Gueronniere has more than 35 years of experience in fixed income, equity investing, foreign exchange, and the precious metals business. The Board believes that Mr. de la Gueronniere's experience in the investment and banking industries gained over a career spanning more than 30 years, his service as the vice-chairman for several companies and his service as a director for another public company, provides him with the financial and leadership experience to be a valuable advisor to executive management and the Board.

**Kevin Dotts**

Mr. Dotts will serve as Chief Financial Officer and Principal Accounting Officer of the Company post-Merger. Mr. Dotts currently serves as Executive Vice President and Chief Financial officer of Birch, positions that he assumed in February 2017. Prior to joining Birch, Mr. Dotts served as a financial consultant to Internap Corp., a cloud, hosting and colocation company, from December 2016 to January 2017 and from August 2012 to December 2016, as its Senior Vice President and Chief Financial Officer. Prior to joining Internap, Mr. Dotts served as Executive Vice President and Chief Financial Officer at Culligan International Company, from May 2011 to August 2012, as Chief Financial Officer of Gas Turbine Efficiency, a global energy technology development company, from November 2009 to April 2010 and from 2004 to 2009 served as Executive Vice President and Chief Financial Officer at EarthLink, Inc. Mr. Dotts started his career with financial leadership roles in various domestic and international divisions of General Electric Co.

**Terms of Office**

The post-Merger directors and officers will be appointed as of the effective time of the Merger. Officers will serve until their respective successors are duly elected and qualified or until their respective earlier resignation or removal in accordance with our post-Merger Bylaws. The initial post-Merger directors will serve until the next annual meeting of our stockholders or until their respective earlier resignation or removal in accordance with our post-Merger Bylaws.