# EXHIBIT 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2018

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number: 001-32421**

## FUSION CONNECT, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **58-2342021** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

**420 Lexington Avenue, Suite 1718, New York, New York   10170**
(Address of principal executive offices)    (Zip Code)

**(212) 201-2400**
(Registrants telephone number, including area code)

**Fusion Telecommunications International, Inc.**
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the issuer (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. **Yes** ☑ **No** ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). **Yes** ☑ **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "non-accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☑ |
| (do not check if a smaller reporting company) | | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    **Yes** ☐ **No** ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: May 7, 2018.

| **Title of Each Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, $0.01 par value | 76,583,701 |

**FUSION CONNECT, INC. AND SUBSIDIARIES**

**Selling, General and Administrative Expenses**

Selling, general and administrative expenses ("SG&A") for the three months ended March 31, 2018 was $14.0 million, as compared to $13.6 million for the three months ended March 31, 2017. This increase is driven primarily by higher sales commissions resulting from the customer base acquisition and an increase of $0.2 million in transaction costs associated with an announced acquisition of Birch Communications Holdings, Inc., as these costs are expensed as incurred.

**Impairment Charge**

During the three months ended March 31, 2018, we recorded an impairment charge on some of our property and equipment in the amount of $1.2 million, with no comparable charge in the first three months of 2017.

**Operating Loss**

Our operating loss of $2.2 million for the three months ended March 31, 2018 represents an increase of approximately $1.1 million from the operating loss for the three months ended March 31, 2017. The increase is mainly due to the 2018 impairment charge.

**Other Expenses**

Other expenses, which includes interest expense, gains and losses on the change in fair value of the Company's derivative liability, loss on the disposal of property and equipment and miscellaneous income and expense, was $1.9 million for the three months ended March 31, 2018, as compared to $2.0 million for the three months ended March 31, 2017. The decrease is mainly due to a gain on change in fair value of the derivative liability in 2018 of $0.2 million, as compared to a loss of $40,000 during the first quarter of 2017. Interest expense of $2.1 million for the three months ended March 31, 2018 was largely unchanged from the same period a year ago.

**Net Loss from continuing operations**

Our net loss from continuing operations for the three months ended March 31, 2018 was $4.0 million, as compared to $3.1 million for the three months ended March 31, 2017. The increase in net loss was mainly due to the increase in operating loss, partially offset by a decrease in other expenses.

## LIQUIDITY AND CAPITAL RESOURCES

Since our inception, we have incurred significant net losses. At March 31, 2018, we had working capital of $13.2 million and stockholders' equity of $33.8 million. At December 31, 2017, we had a working capital deficit of $15.4 million and a stockholders' deficit of $1.3 million. Our consolidated cash balance at March 31, 2018 was $31.0 million. While our management projects that we have sufficient cash to fund our operations and meet our operating and debt obligations for the next twelve months, we may be required to either raise additional capital, limit our discretionary capital expenditures or borrow amounts available under our revolving credit facility to support our business plan. There is currently no commitment for additional funding of operations and there can be no assurances funds will be available on terms that are acceptable to us, or at all. See "Note 19 – Subsequent Events".

In February 2018, we completed an underwritten public offering whereby Fusion issued 8,625,000 shares of its common stock and received net proceeds of $38.2 million. The proceeds from this offering are being used to pay down certain indebtedness and for general corporate purposes.

We have never paid cash dividends on our common stock, and we do not anticipate paying cash dividends on our common stock in the foreseeable future. We intend to retain all of our earnings, if any, for general corporate purposes, and, if appropriate, to finance the further expansion of our business. Subject to the rights of holders of our outstanding preferred stock, any future determination to pay dividends is at the discretion of Fusion's Board, and will be dependent upon our financial condition, operating results, capital requirements, general business conditions, the terms of our then existing credit facilities, limitations under Delaware law and other factors that Fusion's Board and senior management consider appropriate.

The holders of our Series B-2 Preferred Stock are entitled to receive quarterly dividends at an annual rate of 6%. These dividends can be paid, at the Company's option, either in cash or, under certain circumstances, in shares of Fusion common stock. For the three months ended March 31, 2018 we declared dividends of $144,000 on the Series B-2 Preferred Stock, which, as permitted by the terms of such Series, was paid in the form of 3,985 shares of Fusion common stock.

**FUSION CONNECT, INC. AND SUBSIDIARIES**

For the past several years we have relied primarily on the sale of Fusion's equity securities and the cash generated from our Business Services segment to fund our operations, and we issued additional debt to fund our acquisitions and growth strategy. On November 14, 2016, contemporaneously with an acquisition, we entered into a credit agreement (the "East West Credit Agreement") with East West Bank, as administrative agent and the lenders identified therein (collectively the "East West Lenders"). Under the East West Credit Agreement, the East West Lenders extended us a (i) $65.0 million term loan and (ii) $5.0 million revolving credit facility (which includes up to $4 million in "swingline" loans that may be accessed on a short-term basis). The proceeds of the term loan were used to retire the $40 million that was outstanding under a previously existing credit facility, and to fund the cash portion of the purchase price of the Apptix acquisition in the amount of $23.1 million. See "Note 19 – Subsequent Events".

Borrowings under the East West Credit Agreement are evidenced by notes bearing interest at rates to be computed based upon either the then current "prime" rate of interest or "LIBOR" rate of interest, as selected by us at the time of borrowing. Interest on borrowings that we designate as "base rate" loans bear interest at the greater of the prime rate published by the Wall Street Journal or 3.25% per annum, in each case plus 2% per annum. Interest on borrowings that we designate as "LIBOR rate" loans bear interest at the LIBOR rate published by the Wall Street Journal, plus 5% per annum. The current interest rate is 6.75% per annum.

We are required to repay the term loan in equal monthly payments of $541,667 until the maturity date of the term loan on November 12, 2021, when the remaining $36.8 million of principal is due. Borrowings under the revolving credit facility are also payable on the November 12, 2021 maturity date of the facility. During the three months ended March 31, 2018, we paid down the $1.5 million that was outstanding on the revolving credit facility as of December 31, 2017, and at March 31, 2018, $55.1 million was outstanding under the term loan and no amounts were outstanding under the revolving credit facility.

Under the East West Credit Agreement:

- We are subject to a number of affirmative and negative covenants, including but not limited to, restrictions on paying indebtedness subordinate to our obligations to the East West Lenders, incurring additional indebtedness, making capital

- We are required to comply with various financial covenants, including leverage ratio, fixed charge coverage ratio and minimum levels of earnings before interest, taxes, depreciation and amortization; and our failure to comply with any of the restrictive or financial covenants could result in an event of default and accelerated demand for repayment of this indebtedness.

- We granted the East West Lenders security interests in all of our assets, as well as our 60% membership interest in FGS and the capital stock of our Fusion NBS Acquisition Corp. subsidiary ("FNAC") and each of its subsidiaries.

- Fusion and its subsidiaries other than FNAC and FGS (and future subsidiaries of both) guaranteed FNAC's obligations, including FNAC's repayment obligations thereunder.

On November 14, 2016, FNAC, Fusion and Fusion's subsidiaries other than FNAC entered into the Fifth Amended and Restated Securities Purchase Agreement (the "Praesidian Facility") with Praesidian Capital Opportunity Fund III, L.P., Praesidian Capital Opportunity Fund III-A, LP and United Insurance Company of America (collectively, the "Praesidian Lenders"). The Praesidian Facility amends and restates a prior facility, pursuant to which FNAC previously sold its Series A, Series B, Series C, Series D, Series E and Series F senior notes in an aggregate principal amount of $33.6 million (the "SPA Notes"). The proceeds from the SPA Notes were used to finance previous acquisitions within our Business Services segment. These notes require payments of monthly interest in the amount of $0.3 million and the entire principal amount of the notes are due May 12, 2022. The current interest rate is 10.8% per annum. See "Note 19 – Subsequent Events".

The Praesidian Facility contains financial covenants that are substantially similar to those contained in the East West Credit Agreement. At March 31, 2018, we were in compliance with all of the financial covenants under the East West Credit Agreement and the Praesidian Facility. Under the terms of the Merger with Birch, all amounts outstanding under the Praesidian Facility and the East West Credit Agreement, as well as substantially all of Birch's outstanding indebtedness, were refinanced with a larger senior credit facility at the time of closing.

The Company underwent a compliance audit for the use of certain software licenses by one of the Company's recently acquired businesses. The Company is negotiating with the software vendor with regard to a settlement and based upon correspondence and conversations with the vendor, the Company has recorded an accrual in accounts payable and accrued expenses in the accompanying consolidated balance sheet. There can be no assurances that this matter will be settled and, if settled, the amount that we would pay in any such settlement.

**FUSION CONNECT, INC. AND SUBSIDIARIES**

The following table sets forth a summary of our cash flows for the periods indicated:

| | Three Months ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Net cash (used in) provided by operating activities | $ (6,291) | $ 1,369,244 |
| Net cash used in investing activities | (945,344) | (1,502,291) |
| Net cash provided by (used in) financing activities | 29,586,144 | (446,710) |
| Net increase (decrease) in cash and cash equivalents | 28,634,509 | (579,757) |
| Cash and cash equivalents, including restricted cash, beginning of period | 2,557,541 | 7,249,063 |
| Cash and cash equivalents, including restricted cash, end of period | 31,192,050 | 6,669,306 |
| Less cash and cash equivalents, discontinued operations, end of period | 165,165 | 15,038 |
| Cash and cash equivalents, including restricted cash of continued operations, end of period | $ 31,026,885 | $ 6,654,268 |

Cash used in operating activities was $6,000 for the three months ended March 31, 2018, as compared to cash provided by operating activities of $1.4 million during the three months ended March 31, 2017.

The following table illustrates the primary components of our cash flows from operations:

| | Three Months ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Net loss from continuing operations | $ (4,041,602) | $ (3,160,125) |
| Net loss from discontinued operations | (166,175) | (321,823) |
| Net loss | (4,207,777) | (3,481,948) |
| Non-cash expenses, gains and losses | 4,701,705 | 4,501,918 |
| Changes in accounts receivable | 1,459,401 | 179,518 |
| Changes in accounts payable and accrued expenses | (1,949,917) | 690,812 |
| Other | (283,490) | (865,106) |
| Cash (used in) provided by operating activities - continuing operations | (113,903) | 1,347,017 |
| Cash provided by operating activities - discontinued operations | 107,612 | 22,227 |
| Net cash (used in) provided by operating activities | $ (6,291) | $ 1,369,244 |

Cash used in investing activities for the three months ended March 31, 2018 consists primarily of capital expenditures in the amount of $1.0 million. Cash used in investing activities for the three months ended March 31, 2017 consists primarily of capital expenditures in the amount of $1.0 million and payments related to acquisitions of approximately $0.6 million.

Cash provided by financing activities was $29.6 million for the three months ended March 31, 2018. During the first three months of 2018, we received net proceeds from a public offering of Fusion common stock in the amount $38.2 million, made principal payments on the term loan and revolving credit facility under the East-West Credit Agreement of $6.6 million and $1.5 million, respectively, and made payments on capital lease obligations in the amount of $0.3 million.

Cash used in financing activities for the three months ended March 31, 2017 was $0.4 million, as we received proceeds from the exercise of common stock purchase warrants in the amount of $0.8 million, made principal payments on the East West Credit Agreement term loan in the amount of $0.8 million, made payments under capital lease obligations of $0.2 million and paid down obligations under asset purchase agreements in the amount of $0.2 million.

**FUSION CONNECT, INC. AND SUBSIDIARIES**


## PART II – OTHER INFORMATION

**Item 1. Legal Proceedings.**

None.

**Item 1A. Risk Factors.**

Risk factors describing the major risks to our business can be found under Item 1A, "Risk Factors," in our 2017 Form 10-K. There have been no material changes to our risk factors from those previously disclosed in the 2017 Form 10-K.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds.**

See the disclosure set forth in "Note 19 – Subsequent Events" under the captions "Completion of the Acquisition of Birch Communications", "Private Placement of Common Stock" and "Private Placement of Series D Preferred Stock", which information is incorporated herein by this reference.

**Item 3. Defaults Upon Senior Securities.**

None.

**Item 4. Mine Safety Disclosures.**

Not applicable.

**Item 5. Other Information.**

None.

**Item 6. Exhibits**

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 10.1 | Employment Agreement, dated as of February 6, 2017, by and between Birch Communications, LLC (formerly Birch Communications, Inc.) and Kevin M. Dotts. |
| 31.1 | Certification of the Chief Executive Officer, pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of the Chief Financial Officer, pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of the Chief Executive Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of the Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| | |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |