

Yu Shi<br>
yshi@rosenlegal.com

March 18, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Grand Slam Master Fund, Ltd. v. Rosen, et al.,* 1:19-cv-05362-PGG

Dear Judge Gardephe:

I write on behalf of Lead Plaintiff Robert Patron ("Plaintiff"), with Defendants' consent, to inform the Court that the parties have reached a settlement in principle to resolve all claims in the above-styled putative class action.

The parties are currently in the process of documenting the settlement. Plaintiff anticipates filing his motion for preliminary approval of the settlement within 60 days.

                                                Respectfully submitted,

                                                */s/ Yu Shi*

                                                Yu Shi