EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No.: 1:19-cv-05362-PGG<br><br><br><br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

TO:    ALL PERSONS WHO PURCHASED FUSION CONNECT, INC. ("FUSION") COMMON STOCK FROM MAY 11, 2018 THROUGH APRIL 2, 2019, INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2020, at __:__ _.m. before the Honorable Paul G. Gardephe, United States District Judge of the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, Courtroom 705, New York, NY 10007 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $800,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to 28% plus interest of the Settlement Amount, reimbursement of expenses of not more than $35,000 and an incentive payment of no more than $10,000 in total to Lead Plaintiff, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated June 8, 2020 (the

1

"Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Fusion common stock during the period from May 11, 2018 through April 2, 2019, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Fusion common stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Fusion Connect, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2020 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2020, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the

EXHIBIT A-3

manner and form explained in the detailed Notice and received no later than _____, 2020,

to each of the following:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of New York<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 | Phillip Kim, Esq.<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>40th Floor<br>New York, NY 10016<br><br>***Lead Counsel*** | David Kistenbroker, Esq.<br>Dechert LLP<br>35 W. Wacker Drive<br>Suite 3400<br>Chicago, IL 60601<br><br>***Counsel for Defendants*** |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave
40th Floor
New York, NY 10016
Tel: (212) 686-1060
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED:                                    BY ORDER OF THE UNITED STATES
                                          DISTRICT COURT FOR THE
                                          SOUTHERN DISTRICT OF NEW YORK

3