**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (PK 9384)
Laurence Rosen (LR 5733)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No. 1:19-cv-05362-PGG<br><br>CLASS ACTION |

### NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

Lead Plaintiff Robert Patron ("Lead Plaintiff") hereby moves this Court for entry of an Order: (a) certifying the Settlement Class and Lead Plaintiff Robert Patron as Class Representative on behalf of the Settlement Class; (b) preliminarily approving the settlement between Lead Plaintiff and Defendants; (c) approving the Notice to the Settlement Class of the Proposed Settlement and the terms of the Stipulation and Agreement of Settlement (the "Stipulation") concurrently submitted herewith; and (d) scheduling a hearing date for the final approval thereof.

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Lead Plaintiff's supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose this motion. Accordingly, Lead Plaintiff requests that the Court enter the proposed Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated: June 10, 2020                                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim (PK 9384)
Laurence Rosen (LR 5733)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiff
and the Class*

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

Fax: (212) 686-0114

*Additional Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of June 2020, a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/ Phillip Kim
      Phillip Kim