**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (PK 9384)
Laurence Rosen (LR 5733)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Lead Plaintiff*
*and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No. 1:19-cv-05362-PGG<br><br>CLASS ACTION |

## NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiff Robert Patron ("Plaintiff") respectfully submits this Notice of non-opposition to his motion for preliminary approval of the class action settlement (Dkt. No. 51) ("Preliminary Approval Motion").

Plaintiff filed his Preliminary Approval Motion on June 10, 2020.  Pursuant to Local Civil Rule 6.1(b), any oppositions to Plaintiff's Preliminary Approval Motion were due by June 24, 2020 (*i.e.* 14 days from the date of the Preliminary Approval Motion).  As of the date of the filing of this Notice, no oppositions have been filed.  Thus, Plaintiff's Preliminary Approval Motion remains unopposed.

Because Plaintiff's Preliminary Approval Motion is unopposed, Plaintiff respectfully submits that the Court should grant the Preliminary Approval Motion.

Dated:  July 2, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim (PK 9384)
Laurence Rosen (LR 5733)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiff
and the Class*

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Fax: (212) 686-0114

*Additional Counsel for Lead Plaintiff
and the Class*