**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>Defendants. | Case No. 1:19-cv-05362-PGG<br><br><u>CLASS ACTION</u> |

### NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF</u>

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 55), Lead Plaintiff Robert Patron ("Lead Plaintiff"), by his undersigned counsel, hereby move this Court, before the Honorable Paul G. Gardephe, United States District Judge of the United States District Court for the Southern District of New York, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007, on May 20, 2021 at 11:30 a.m., for entry of an order granting an award of attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff.

This motion is based on this Notice of Motion, Lead Plaintiff's supporting Memorandum of Law, the Declaration of Yu Shi and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing.

Defendants do not oppose this motion.

Dated: April 22, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Yu Shi*
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiff
and the Class*

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Fax: (212) 686-0114

*Additional Counsel for Lead Plaintiff
and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of April, 2021, a true and correct copy of the foregoing **NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Yu Shi*
Yu Shi