# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>Defendants. | Case No.: 1:19-cv-05362-PGG<br><br><br><br>CLASS ACTION |

**DECLARATION OF SARAH EVANS CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action cases since its inception.  I have over seven years of experience specializing in the administration of class action cases.  I am over 21 years of age and am not a party to the Action.[1]  I have personal knowledge of the facts set forth herein.

**MAILING OF POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, dated January 21, 2021 ("Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure and the processing of claims in connection with the Settlement in this Action.

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of June 8, 2020 (ECF No. 50, the "Stipulation").

3.      To provide actual notice to those Persons who purchased Fusion Connect, Inc. ("Fusion" or "Company") common stock during the period between May 11, 2018 and April 2, 2019, both dates inclusive ("Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential Settlement Class Members. A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

4.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 245 individuals and organizations identified in the records provided by Fusion's transfer agent, Continental Stock Transfer. These records reflect persons and entities that purchased Fusion common stock for their own account, or for the account(s) of their clients, during the Settlement Class Period. The transfer record mailing was completed on March 9, 2021.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 673 banks and brokerage companies ("Nominee Account Holders"), as well as 583 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On February 11, 2021, SCS caused a letter to be mailed or e-mailed to the 1,256 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that within 10 calendar days from the date of the letter, they either (a) send a Postcard Notice to their customers who may be beneficial purchasers/owners; (b) email links to the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form", together with the Notice, "Notice and Claim Form")

2

supplied by SCS to beneficial purchasers/owners; or (c) provide SCS with a list of the names, mailing addresses, and email addresses, to the extent email addresses were available, of such beneficial owners so that SCS could promptly mail the Postcard Notice or email the Notice and Claim Form directly to them. A copy of the letter sent to these nominees is attached as **Exhibit B.**

6. Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that SCS mail a Postcard Notice, and SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers. To date, SCS has mailed a total of 2,917 Postcard Notices.[2] In addition to the 245 Postcard Notices SCS mailed to the individuals and entities listed on the transfer records from Continental Stock Transfer, we mailed or provided 2,672 Postcard Notices to Nominee Account Holders, Institutional Groups, and other individuals.

7. In addition to the Postcard Notices mailed, SCS was notified by one of the Nominee Account Holders that they emailed a total of 676 of their customers to notify them of this settlement and to provide direct links to the Notice and Claim Form on the Settlement webpage. A copy of the Notice and Claim Form is attached as **Exhibit C**.

8. On February 11, 2021, SCS also sent the Depository Trust Company ("DTC") a Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS"). LENS enables DTC participants to search and to download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

---

[2] Out of the 2,917 Postcard Notices mailed, SCS received 1 request from a potential Settlement Class Member to mail them the Notice and Claim Form.

## PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Preliminary Approval Order, SCS caused the Summary Notice of Pendency and Proposed Securities Class Action Settlement ("Summary Notice") to be published electronically once on the *Globe Newswire* and in print once in the *Investor's Business Daily* on February 15, 2021. I attach hereto as **Exhibit D** the confirmations of publication**.**

## TOLL-FREE PHONE LINE

10.      SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## WEBSITE

11.      On February 9, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/fusion-connect-inc-securities-litigation.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status of the case; the deadlines for the case; the online claim filing link; important documents such as the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

12.      The Notice, Summary Notice, Postcard Notice, and the webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than April 29, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received one invalid request for exclusion. The requestor stated on their exclusion form that they did not own any Fusion common stock at the beginning or end of the Settlement Class Period, and that they did not trade Fusion common stock

during the Settlement Class Period. The requestor is therefore not a member of the Settlement Class. A copy of the invalid exclusion request is attached as **Exhibit E**.

13.     According to the Notice, Summary Notice, Postcard Notice, and webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application are required to submit their objection in writing such that the request is received by Lead Counsel and Counsel for Defendants, as well as filed with the Court, no later than April 29, 2021.  As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of April 2021, in Media, Pennsylvania.

_____
Sarah Evans

5

Court-Ordered Legal Notice
Forwarding Service Requested

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
Media, PA 19063

Case No. 1:19-cv-05362 (S.D.N.Y.)

Case Pending in the United States District Court for the
Southern District of New York

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

The United States District Court for the Southern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against Defendants in the above-referenced action (collectively, the "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made misrepresentations the investing public concerning Fusion Connect, Inc. ("Fusion")'s financial statements. Defendants deny the allegations.

You received this notice because you may have purchased Fusion common stock between May 11, 2018 and April 2, 2019, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $800,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proofs of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Fusion Connect, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net. PROOFS OF CLAIM ARE DUE BY APRIL 29, 2021 TO FUSION CONNECT, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net. If you do not want to be legally bound by the Settlement, you must exclude yourself by April 29, 2021. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by April 29, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on May 20, 2021 at 11:30 a.m. at the Court, 40 Foley Square, Courtroom 705, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to 28% of the Settlement Fund in attorneys' fees, plus up to $35,000 in expenses, and Award to Lead Plaintiff of no more than $10,000, for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

EXHIBIT B

**REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS**
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

February 11, 2021

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES THAT PURCHASED COMMON STOCK OF FUSION CONNECT, INC. ("FUSION" OR THE "COMPANY") DURING THE PERIOD FROM MAY 11, 2018 THROUGH APRIL 2, 2019, BOTH DATES INCLUSIVE.

Excluded from the Class are Settling Defendants; the present and former officers and directors of Fusion and Birch at all relevant times; members of such excluded persons' immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Settling Defendants, or any excluded person, has or had a majority ownership interest at any time.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Fusion Connect, Inc. Securities Litigation*<br>Case No.: 1:19-cv-05362-PGG<br>Objection Deadline: April 29, 2021<br>Exclusion Deadline: April 29, 2021<br>Claim Filing Deadline: April 29, 2021<br>Settlement Hearing: May 20, 2021 | Cusip Number: 36116X102 |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE**

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice you have ten (10) calendar days to mail them; or
4. Request a copy of the Notice in electronic format and advise us that you will email the notice to your beneficial purchasers/owners.

You can bill us for any reasonable expenses actually incurred and **not to exceed:**
- **$0.05 per email if you email the notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current postcard rate if** you are requesting postcards and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim Form and Release form and all important documents are available on our website at www.strategicclaims.net. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Fusion Connect, Inc. Securities Litigation

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No.: 1:19-cv-05362-PGG<br><br><br>CLASS ACTION |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased common stock of Fusion Connect, Inc. ("Fusion" or the "Company") during the period from May 11, 2018 through April 2, 2019, both dates inclusive ("Settlement Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide eight hundred thousand dollars ($800,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Fusion common stock in the Settlement Class Period.

- The Settlement represents an estimated average recovery of $0.13 per share for the approximately 6,320,000 shares of Fusion common stock allegedly damaged during the Settlement Class Period. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Fusion common stock, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed 28% of the Settlement Fund, reimbursement of no more than $35,000 in litigation expenses, and a case contribution award to the Lead Plaintiff not to exceed $10,000. Collectively, the attorneys' fees and expenses and Lead Plaintiff award are estimated to average $0.04 per allegedly damaged share of Fusion common stock. If approved by the Court, these amounts will be paid from the Settlement Amount.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.09 per alleged damaged share of Fusion common stock. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Fusion common stock, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Kevin M. Dotts and Keith Soldan ("Defendants") [1] knowingly or recklessly misrepresented the financial condition of Birch Communications Holdings, Inc. ("Birch") in connection with the merger of Fusion and Birch, and

---

[1] All claims against former defendant, Matthew Rosen ("Rosen"), are also released as part of this Settlement. "Settling Defendants" is defined to include Defendants and former defendant Rosen.

1

continued to issue false financial statements of Fusion subsequent to the merger. The Settling Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. The Settling Defendants have also denied, among other things, the allegations that Lead Plaintiff or the Settlement Class have suffered damages or that Lead Plaintiff or the Settlement Class were harmed by the conduct alleged in the Action. The Settling Defendants continue to believe the claims asserted against them in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **April 29, 2021**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **April 29, 2021.** This is the only way you can ever be part of any other lawsuit against the Settling Defendants or the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **April 29, 2021** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement at the hearing on **May 20, 2021**. You can still submit a Proof of Claim and Release. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | | |
|---|---|---|
| Fusion Connect, Inc. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: (866) 274-4004 Fax: (610) 565-7985 info@strategicclaims.net | **or** | Phillip Kim THE ROSEN LAW FIRM, P.A. 275 Madison Ave, 40th Floor New York, NY 10016 Tel: (212) 686-1060 Fax: (212) 202-3827 info@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 8, 2020 (the "Settlement Stipulation").

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

1.  **Why did I get this Notice?**
    You or someone in your family may have purchased Fusion common stock during the period from May 11, 2018 through April 2, 2019, both dates inclusive.

2.  **What is this lawsuit about?**
    The case is known as *Patron v. Dotts and Soldan,* 1:19-cv-05362-PGG (the "Action").[2] The Court in charge of the case is the United States District Court for the Southern District of New York.

    The Action involves allegations that Defendants issued false financial statements to Fusion investors. The complaint alleges that the misstatements artificially inflated the price of Fusion common stock, and that the common stock prices dropped in response to certain subsequent disclosures. The Settling Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Lead Plaintiff or any other Settlement Class Member.

3.  **Why is this a class action?**
    In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

4.  **Why is there a Settlement?**
    Lead Plaintiff and Defendants do not agree regarding the merits of Lead Plaintiff's allegations or the average amount of damages per share, if any, that would be recoverable if Lead Plaintiff were to prevail at trial on each claim. The issues on which Lead Plaintiff and Defendants disagree include: (1) whether Defendants made any allegedly misleading statements or omissions; (2) whether Defendants acted knowingly or were grossly reckless in making the alleged misleading statements; (3) whether the alleged disclosures corrected the alleged misleading disclosures; (4) whether the alleged misstatements or omissions caused any loss in the value of Fusion common stock; and (5) the amount of alleged damages, if any, that could be recovered at trial.

    This matter has not gone to trial, and the Court has not decided in favor of either Lead Plaintiff or Defendants. Instead, Lead Plaintiff and Defendants have agreed to settle the case. Lead Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Lead Plaintiff and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any, and the financial condition of the Company.

    Even if Lead Plaintiff were to win at trial, and also prevail on any on appeal, Lead Plaintiff might not be able to collect some, or all, of any judgment they are awarded. Moreover, it appears that, even if Lead Plaintiff's allegations were found to be true, the total amount of damages to which Settlement Class Members would be entitled could be small.

5.  **How do I know if I am part of the Settlement?**
    The Settlement Class consists of all persons and entities who purchased Fusion common stock from May 11, 2018 through April 2, 2019, both dates inclusive. Excluded from the Class are Settling Defendants; the present and former officers and directors of Fusion and Birch at all relevant times;

---

[2]  This case was originally filed as *Grand Slam Master Fund, Ltd. v. Rosen.*

members of such excluded persons' immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Settling Defendants, or any excluded person, has or had a majority ownership interest at any time.

6. **Are there exceptions to being included?**
Yes. Excluded from the Settlement Class are Settling Defendants; the present and former officers and directors of Fusion and Birch at all relevant times; members of such excluded persons' immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Settling Defendants, or any excluded person, has or had a majority ownership interest at any time. You are also excluded from recovering any portion of the Net Settlement Fund if you have a net profit in purchases and sales of Fusion common stock or otherwise suffered no compensable damages during the Settlement Class Period. You may choose to be excluded from the Settlement Class by filing a valid and timely request for exclusion as described below in the response to question 11.

7. **I am still not sure whether I am included.**
If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

8. **What does the Settlement provide?**
   **a.  What is the Settlement Fund?**
The proposed Settlement provides for Settling Defendants and/or their insurers to pay eight hundred thousand dollars ($800,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Plaintiff's Counsel, and any award to Lead Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

   **b.  What can you expect to receive under the proposed Settlement?**
Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Fusion common stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Plaintiff's Counsel for attorneys' fees, costs, and expenses and award to Lead Plaintiff.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Lead Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the price of Fusion common stock was artificially inflated during the Settlement Class Period and that certain subsequent disclosures caused reductions in the inflated price of Fusion common stock. Settling Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

The Claims Administrator will determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to

4

Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

## PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice & Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel and approved by the Court.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

I) For Fusion common shares purchased between May 11, 2018 and April 2, 2019, inclusive, the Recognized Loss shall be calculated as follows:

   A. For shares retained at the end of trading on July 1, 2019, the Recognized Loss shall be the lesser of:
      (i) $0.99 per share; or

(ii)  the difference between the purchase price per share and $0.11 per share[3].

B.  For shares sold on or before April 2, 2019, the Recognized Loss per share shall be $0.

C.  For shares sold between April 3, 2019 and July 1, 2019, inclusive, the Recognized Loss shall be the lesser of:
    i)  $0.99 per share: or
    ii)  the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table A below.

| Table A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 4/3/2019 | $0.22 | $0.21 | | 5/3/2019 | $0.09 | $0.20 | | 6/4/2019 | $0.04 | $0.14 |
| 4/4/2019 | $0.35 | $0.23 | | 5/6/2019 | $0.08 | $0.20 | | 6/5/2019 | $0.05 | $0.14 |
| 4/5/2019 | $0.28 | $0.26 | | 5/7/2019 | $0.09 | $0.19 | | 6/6/2019 | $0.05 | $0.14 |
| 4/8/2019 | $0.27 | $0.26 | | 5/8/2019 | $0.09 | $0.19 | | 6/7/2019 | $0.05 | $0.14 |
| 4/9/2019 | $0.26 | $0.27 | | 5/9/2019 | $0.09 | $0.18 | | 6/10/2019 | $0.04 | $0.14 |
| 4/10/2019 | $0.27 | $0.26 | | 5/10/2019 | $0.14 | $0.18 | | 6/11/2019 | $0.03 | $0.13 |
| 4/11/2019 | $0.26 | $0.26 | | 5/13/2019 | $0.11 | $0.18 | | 6/12/2019 | $0.02 | $0.13 |
| 4/12/2019 | $0.29 | $0.26 | | 5/14/2019 | $0.09 | $0.18 | | 6/13/2019 | $0.02 | $0.13 |
| 4/15/2019 | $0.27 | $0.27 | | 5/15/2019 | $0.09 | $0.17 | | 6/14/2019 | $0.02 | $0.13 |
| 4/16/2019 | $0.26 | $0.27 | | 5/16/2019 | $0.09 | $0.17 | | 6/17/2019 | $0.02 | $0.12 |
| 4/17/2019 | $0.24 | $0.27 | | 5/17/2019 | $0.09 | $0.17 | | 6/18/2019 | $0.02 | $0.12 |
| 4/18/2019 | $0.24 | $0.27 | | 5/20/2019 | $0.10 | $0.16 | | 6/19/2019 | $0.01 | $0.12 |
| 4/22/2019 | $0.20 | $0.26 | | 5/21/2019 | $0.10 | $0.16 | | 6/20/2019 | $0.01 | $0.12 |
| 4/23/2019 | $0.20 | $0.25 | | 5/22/2019 | $0.10 | $0.16 | | 6/21/2019 | $0.02 | $0.12 |
| 4/24/2019 | $0.13 | $0.25 | | 5/23/2019 | $0.10 | $0.16 | | 6/24/2019 | $0.02 | $0.11 |
| 4/25/2019 | $0.13 | $0.24 | | 5/24/2019 | $0.10 | $0.16 | | 6/25/2019 | $0.02 | $0.11 |
| 4/26/2019 | $0.09 | $0.23 | | 5/28/2019 | $0.09 | $0.16 | | 6/26/2019 | $0.02 | $0.11 |
| 4/29/2019 | $0.09 | $0.22 | | 5/29/2019 | $0.08 | $0.15 | | 6/27/2019 | $0.02 | $0.11 |
| 4/30/2019 | $0.11 | $0.22 | | 5/30/2019 | $0.08 | $0.15 | | 6/28/2019 | $0.05 | $0.11 |
| 5/1/2019 | $0.10 | $0.21 | | 5/31/2019 | $0.07 | $0.15 | | 7/1/2019 | $0.05 | $0.11 |
| 5/2/2019 | $0.08 | $0.21 | | 6/3/2019 | $0.06 | $0.15 | | | | |

To the extent a Claimant had a trading gain or "broke even" from his, her or its overall transactions in Fusion shares during the Settlement Class Period, the value of the Recognized Loss will be zero and the Claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a Claimant suffered a trading loss on his, her or its overall transactions in Fusion shares during the Settlement Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the Claimant's actual trading loss.

---

[3]Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $0.11 per share was the mean (average) daily closing trading price of the Company's common shares during the 90-day period beginning on April 3, 2019 and ending on July 1, 2019.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Fusion shares shall not be deemed a purchase, acquisition or sale of Fusion shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase. Only publicly traded common shares are eligible purchases.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases and acquisitions of Fusion common shares during the time period from May 11, 2018 through and including July 1, 2019.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Settling Defendants, Defendants' Counsel, Lead Plaintiff, Plaintiffs' Counsel or the Claims Administrator or other agent designated by Plaintiffs' Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

9.  **How can I get a payment?**
    To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net **by 11:59 p.m. EST on April 29, 2021**; or (2) by mailing the claim form together with all documentation requested in the form, **postmarked no later than April 29, 2021**, to:

    Fusion Connect, Inc. Securities Litigation
    c/o Strategic Claims Services
    P.O. Box 230
    600 N. Jackson St., Ste. 205
    Media, PA 19063
    Fax: (610) 565-7985
    info@strategicclaims.net

    The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

10. **What am I giving up to get a payment or stay in the Class?**
    Unless you exclude yourself from the Settlement Class by the April 29, 2021 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Settling Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Settling Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of Fusion common stock during the

7

Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale or ownership of Fusion common stock during the Settlement Class. The specific terms of the release are included in the Settlement Stipulation.

11. **How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue the Settling Defendants or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Patron v. Dotts and Soldan,* 1:19-cv-05362-PGG (S.D.N.Y)" and (B) states the number of shares of publicly-traded Fusion common stock that you (i) owned as of the opening of trading on May 11, 2018 and (ii) purchased and/or sold during the Settlement Class Period (*i.e.*, from May 11, 2018 through April 2, 2019, inclusive), as well as the dates, number of shares, and prices of each such purchase and sale. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of Fusion common stock during the Settlement Class Period; and (ii) demonstrating your status as a beneficial owner of the Fusion common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than April 29, 2021**, to the Claims Administrator at the following address:

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

12. **If I do not exclude myself, can I sue Settling Defendants or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue the Settling Defendants or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

13. **Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

14. **How will the lawyers be paid?**

Plaintiff's Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiff's Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiff's Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees for Plaintiff's Counsel in an amount not to

8

exceed 28% of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $35,000, and an award to Lead Plaintiff not to exceed $10,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

15. **How do I tell the Court that I do not like the Settlement?**
    You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Lead Plaintiff, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Patron v. Dotts and Soldan,* 1:19-cv-05362-PGG (S.D.N.Y). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of Fusion common stock during the Settlement Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than April 29, 2021**:

| Clerk of the Court United States District Court Southern District of New York Thurgood Marshall U.S. Courthouse 40 Foley Square New York, NY 10007 | Phillip Kim, Esq. The Rosen Law Firm, P.A. 275 Madison Ave 40th Floor New York, NY 10016 *Lead Counsel* | David Kistenbroker, Esq. Dechert LLP 35 W. Wacker Drive Suite 3400 Chicago, IL 60601 *Counsel for Settling Defendants* |
| --- | --- | --- |

16. **What is the difference between objecting and requesting exclusion?**
    Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

17. **When and where will the Court decide whether to approve the Settlement?**
    The Court will hold a Settlement Hearing on **May 20, 2021, at 11:30 a.m.**, at the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse, Courtroom 705, 40 Foley Square, New York, NY 10007. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Hearing telephonically or by other virtual means, Lead Counsel will issue a press release notifying Settlement Class Members, and the Claims Administrator will update its website, on the page dedicated to this Settlement, to note the telephonic or other virtual means Settlement Hearing.

**18. Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19. What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Settled Claims (as defined in the Settlement Stipulation) ever again.

## SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Settlement Class Period, you purchased, otherwise acquired, or sold Fusion securities for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased such Fusion securities during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to the Notice and Proof of Claim and Release Form to the email address to each beneficial purchaser/owner of Fusion common stock; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days mail the Postcard Notice directly to the beneficial purchaser/owners of the Fusion common stock. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing up to $0.05 for providing names, addresses and email addresses to the Claims Administrator; up to a maximum of $0.05 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.05 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 2 above.

DATED: JANUARY 21, 2021                     BY ORDER OF THE UNITED STATES
                                            DISTRICT COURT FOR THE SOUTHERN
                                            DISTRICT OF NEW YORK

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  April 29, 2021**

IF YOU PURCHASED FUSION CONNECT, INC. ("FUSION" OR THE "COMPANY") COMMON STOCK FROM MAY 11, 2018 THROUGH APRIL 2, 2019, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM BY 11:59 P.M. EST ON APRIL 29, 2021 AT WWW.STRATEGICCLAIMS.NET.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN APRIL 29, 2021 TO THE CLAIMS ADMINISTRATOR, STRATEGIC CLAIMS SERVICES, AT THE FOLLOWING ADDRESS:

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY APRIL 29, 2021 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM AND RELEASE FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1.  I (we) purchased Fusion Connect, Inc. ("Fusion") common stock during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase Fusion common stock during the Settlement Class Period.)

2.  By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

11

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of Fusion common stock, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Fusion common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated June 8, 2020 (the "Settlement Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Settlement Class Claims against any of the Released Parties.

9.  "Released Parties" has the meaning laid out in the Settlement Stipulation.

10. "Settlement Class Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

FUSION CONNECT

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN FUSION CONNECT, INC. COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Fusion Connect, Inc. ("Fusion") common stock held at the close of trading on May 10, 2018 (*must be documented)*.  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Fusion common stock from May 11, 2018 through July 1, 2019, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

13

FUSION CONNECT

**Sales:**

C.  Separately list each and every sale of Fusion common stock from May 11, 2018 through July 1, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.  State the total number of shares of Fusion common stock held at the close of trading on July 1, 2019 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Fusion common stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

14

FUSION CONNECT

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)


_____
(Signature)


_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐   Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)



Date:  _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN APRIL 29, 2021 AND MUST BE MAILED TO:**

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by April 29, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form.  Please notify the Claims Administrator of any change of address.

15

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL DOCUMENT – PLEASE FORWARD**

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim and Release Form on page 15.  If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

EXHIBIT D

## Sarah Evans

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, February 15, 2021 8:01 AM |
| **To:** | sevans@strategicclaims.net |
| **Cc:** | sevans@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Common Stock of Fusion Connect, Inc. – FSNN**

*Cross time: 02/15/21 08:00 AM ET: Eastern Time - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication:    IBD Weekly
Address:                12655 Beatrice Street
City, State, Zip:       Los Angeles, CA 90066
Phone #:                310.448.6700
State of:               California
County of:              Los Angeles

I, __Shaun Shen__ for the publisher of __IBD Weekly__, published in the city of __Los Angeles__, state of __California__, county of __Los Angeles__ hereby certify that the attached notice(s) for __Fusion Connect, Inc.__ was printed in said publication on the following date(s):

### FEBRUARY 15, 2021

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __15th__ day of __February__, __2021__, by

_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

# Key Financial And Commodity Futures








## Selected Interest Rates



Fed Funds Rate: Rates on overnight loans among financial institutions
Discount Rate: Rate charged by Federal Reserve Bank on loans to commercial banks
3 Month Treasury Bills: Yield for treasury bills traded on discount basis in secondary market



Prime Rate: Rate charged by banks on loans to the most credit-worthy corporations
Tax-Exempt Bonds: Yield of the bond buyer 40 municipal bond index

## U.S. Treasury Yield Curve



The yield curve provides a picture of credit market conditions. It depicts the available trade-off between yield and maturity. The chart shown here compares the yield curves for the prior day, month and quarter.

---

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated, Plaintiffs,

v.

KEVIN M. DOTTS and KEITH SOLDAN Defendants.

Case No.: 1:19-cv-05362-PGG

CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**
**TO: ALL PERSONS WHO PURCHASED FUSION CONNECT, INC. ("FUSION") COMMON STOCK FROM MAY 11, 2018 THROUGH APRIL 2, 2019, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on May 20, 2021, at 11:30 a.m. before the Honorable Paul G. Gardephe, United States District Judge of the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, Courtroom 705, New York, NY 10007 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $800,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to 28% plus interest of the Settlement Amount, reimbursement of expenses of not more than $35,000 and an incentive payment of no more than $10,000 in total to Lead Plaintiff, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated June 8, 2020 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Fusion common stock during the period from May 11, 2018 through April 2, 2019, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Fusion common stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Fusion Connect, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than April 29, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than April 29, 2021, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than April 29, 2021, by each of the following:

Clerk of the Court
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Ave
40th Floor
New York, NY 10016
**Lead Counsel**

David Kistenbroker, Esq.
Dechert LLP
35 W. Wacker Drive
Suite 3400
Chicago, IL 60601
**Counsel for Defendants**

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave
40th Floor
New York, NY 10016
Tel: (212) 686-1060
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: JANUARY 21, 2021

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

This announcement is neither an offer to buy nor a solicitation of an offer to sell securities. Such offer is being made solely by the Offer to Purchase previously provided to shareholders of record and is not being made to, and tenders will not be accepted from or on behalf of, shareholders residing in any state in which making or accepting the offer would violate that jurisdiction's laws. In those jurisdictions where the securities, Blue Sky, or other laws require the offer to be made by a licensed broker or dealer, the offer shall be deemed to be made on behalf of the Purchaser by one or more registered dealers licensed under the laws of such jurisdiction.

**COMRIT EXTENDS PREVIOUSLY ANNOUNCED TENDER OFFER
FOR SHARES OF INVENTRUST PROPERTIES CORP.**
Up to 2,450,980 shares of common stock
at a price of $1.02 per Share
by: Comrit Investments 1, Limited Partnership (the "Purchaser")

Comrit Investments 1, Limited Partnership today announced that it is extending the expiration date of its previously announced tender offer to purchase shares of InvenTrust Properties Corp. (the "REIT") at a price of $1.02 per share. The new expiration date for the Offer is **March 17, 2021**. Other than the extension of the expiration date, the Offer will be made upon the terms and subject to the conditions set forth in the Purchaser's Offer to Purchase and Assignment Form for the Offer that have been provided to the REIT's shareholders (collectively, the "Tender Offer Documents"). THE OFFER AND RELATED WITHDRAWAL RIGHTS WILL EXPIRE AT 11:59 P.M., EASTERN TIME, ON MARCH 17, 2021, UNLESS THE OFFER IS FURTHER EXTENDED.

As of the date of this press release, REIT shareholders have tendered approximately 230,422 shares in connection with the Offer. The Purchaser is not affiliated with the REIT and is seeking to profit from the Offer. The REIT established an estimated per Share value of $2.89 as of December 1, 2020. Shareholders should consult the REIT's public filings pursuant to the Securities Exchange Act of 1934, as amended (the "Exchange Act"), for any updates to the estimated per Share value, which are available at www.sec.gov.

Funding for the purchase of the shares will be provided through the Purchaser's available cash on hand. The Offer is not being made for the purpose of acquiring or influencing control of the business of the REIT. The Offer will expire at 11:59 p.m., Eastern Time on March 17, 2021, unless and until the Purchaser has extended the period of time for which the Offer is open (such date and time, as extended the "Expiration Date"). The Purchaser will not provide a subsequent offering period following the Expiration Date. If the Purchaser makes a material change in the terms of the Offer, or if it waives a material condition to the Offer, the Purchaser will extend the Offer and disseminate additional tender offer materials to the extent required by Rules 14d-4(d)(1) and 14d-6(d) under the Exchange Act. The minimum period during which the Offer must remain open following any material change in the terms of the Offer is generally 10 business days to allow for adequate dissemination to shareholders. Accordingly, if prior to the Expiration Date, the Purchaser increases (other than increases of not more than two percent of the outstanding shares) or decreases the number of shares being sought, or increases or decreases the consideration offered pursuant to the Offer, and if the Offer is scheduled to expire at any time earlier than the period ending on the tenth business day from the date that notice of such increase or decrease is first published, sent or given to shareholders, the Offer will be extended at least until the expiration of such tenth business day. For purposes of the Offer, a "business day" means any day other than a Saturday, Sunday or federal holiday and consists of the time period from 12:01 a.m. through midnight, Eastern Time. In all cases payment for the shares purchased pursuant to the Offer will be made only after timely receipt of the Assignment Form (or facsimile or telecopy thereof), properly completed and duly executed, with any required signature guarantees, and any other documents required by such Assignment Form and successful transfer of ownership.

Tenders of shares made pursuant to the Offer are irrevocable, except that shareholders who tender their shares in response to the Offer will have the right to withdraw their tendered shares at any time prior to the Expiration Date by sending to Central Trade and Transfer, LLC, an affiliate of Orchard Securities, LLC, Member FINRA/SIPC ("CTT"), a written or facsimile transmission notice of withdrawal identifying the name of the person who tendered shares to be withdrawn, signed by the same persons and in the same manner as the Assignment Form tendering the shares to be withdrawn. If tendering shareholders tender more than the number of shares that the Purchaser seeks to purchase pursuant to the Offer for those shares, the Purchaser will take into account the number of shares so tendered and take up and pay for as nearly as may be pro rata, disregarding fractions, according to the number of shares tendered by each tendering shareholder during the period during which that Offer remains open. The terms of the Offer are more fully set forth in the formal Tender Offer Documents which are available from Purchaser at the Purchaser's expense. The Offer contains terms and conditions and the information required by Rule 14d-6(d)(1) under the Exchange Act which are incorporated herein by reference. The Tender Offer Documents also contain important information, including tax information, which should be read carefully before any decision is made with respect to the Offer.

For copies of the Tender Offer Documents, call CTT at 1-800-327-9990, make a written request addressed to 365 S. Garden Grove Lane, Suite 100, Pleasant Grove, Utah 84062, Attn: Comrit Investments 1, Limited Partnership, email to offer@cttauctions.com, or visit www.cttauctions.com/offerdisclosures.

---

**Online Courses**
BY INVESTOR'S BUSINESS DAILY

**FOUNDATIONS OF INVESTING: LEVEL 1**

Learn proven techniques for succeeding in the stock market!

**Investors.com/foundations**

© 2021 Investor's Business Daily, Inc. Investor's Business Daily, IBD and CAN SLIM and corresponding logos are registered trademarks owned by Investor's Business Daily, Inc.

---

# Money Rates

**Prime Rate .........................3.25**
Base interest rate charged by major U.S. commercial banks on loans to corporations.

**Fed Funds Target Rate: .....................0.00–0.25**
The interest rate at which depository institutions lend reserve balances to other depository institutions overnight on an uncollateralized basis.

**T-Bills:**
1-month yld ...........................0.05
3-month Disc. .......................0.05

3-month yld ...........................0.05
6-month disc. ........................0.06
6-month yld ...........................0.06
Treasury Bill (T-Bill) is a short-term U.S. government debt obligation backed by the Treasury Department.

**T-Notes:**
1-year yld ...........................0.07
2-year .................................0.11
3-year .................................0.19
5-year .................................0.46
10-year ...............................1.16
A Treasury note is a U.S. government debt security with a fixed interest rate.

**T-Bond:**
30-year ...............................1.95
Treasury bonds are fixed-rate U.S. government debt securities.

**Libor:**
3-month ...............................0.22
6-month ...............................0.23
The London Inter-bank Offered Rate is an interest-rate average calculated from estimates submitted by the leading banks in London.

**Fidelity Cash Reserves:**
7-day avg yld: ......................0.01
A money market mutual fund from Fidelity Investments that invests in debt securities characterized by short maturities and minimal credit risk.

**Certificates of Deposit Retail**
90 days ................................0.07
180 days ..............................0.10
Interest rate paid by dealers for certificates of deposit based on the duration of the security.





EXHIBIT E

March 30, 2021

To Whom It May Concern:

I request to be excluded from the Settlement Class in Patron v. Dotts and Soldan 1:19 -cv- 05362 – PGG ( S. D. N. Y.).

I owned zero (0) shares of publicly traded Fusion common stock as of opening of trading on May 11, 2018, and did not purchase or sell any Fusion common stock during the Settlement Class Period of May 11, 2018 – April 2, 2019.

Sincerely,

Gail A. Brozek



Ms. Gail A. Brozek

Case 1:19-cv-05362-PGG   Document 62-1   Filed 04/22/21   Page 30 of 30

30 MAR 2021  PM 3   L



APR 0 1 2021

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
 P.O. Box 230
600 N. Jackson St. Ste. 205
Media, PA  19063

19063-256455