# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No. 1:19-cv-05362-PGG<br><br><br>CLASS ACTION |

**DECLARATION OF LAURENCE ROSEN ON BEHALF OF**
**THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.    I am the managing partner of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.    My firm rendered the following legal services in connection with the prosecution of this Action: conducted case investigation and assessment of the factual and legal bases of the Action; prepared the motions for appointment of Lead Plaintiff and Lead Counsel; researched and prepared an amended complaint; retained and consulted with private investigators and experts in accounting and damages; negotiated with Fusion Connect Inc. ("Fusion")'s bankruptcy counsel to preserve Settlement Class Members' claims; monitored Fusion's bankruptcy docket and analyzed relevant filings in Fusion's bankruptcy proceeding; analyzed Defendants' motion to dismiss; drafted mediation briefs and analyzed Defendants' mediation submissions; participated in settlement negotiations including an all-day mediation; negotiated

and prepared settlement documents; conferred with client about the Settlement; and prepared motions and briefs in support of approval of the settlement.

3.     The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Laurence Rosen (P) | 32 | $995 | 3.5 | $3,482.50 |
| Phillip Kim (P) | 19 | $925 | 29.7 | $27,472.50 |
| Jonathan Horne (P) | 12 | $800 | 1.7 | $1,360.00 |
| Brian Alexander (A) | 13 | $750 | 16.7 | $12,525.00 |
| Yu Shi (A) | 10 | $700 | 286.1 | $200,270.00 |
| Stephen Shepardson (A) | 6 | $600 | 3.2 | $1,920.00 |
| Zachary Stanco (PL) | n/a | $250 | 5.3 | $1,325.00 |
| **Total** | | | **346.2** | **$248,355.00** |

* Partner (P), Associate (A), Paralegal (PA)

4.     Since the beginning of this Action, my firm has performed a total of **346.2** professional work hours in the prosecution of this Action. The total lodestar amount for my firm is **$248,355**.

5.     The Rosen Law Firm, P.A. expended a total of **$21,151.33** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

2

| Category | Amount |
|---|---|
| Expert Fees | $2,750.00 |
| Investigator Fees | $6,937.50 |
| Online Legal Research and Document Retrieval Fees | $100.83 |
| Service of Process Fees | $55.00 |
| Mediation Fee | $9,000.00 |
| Press Release Fees | $2,220.84 |
| Travel, Transportation, and Meals Fees | $77.16 |
| Photocopying, Scanning, and Printing Documents Fees | $11.50 |
| **TOTAL EXPENSES** | **$21,151.33** |

6.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 22, 2021 in New York, NY

_/s/ Laurence Rosen_____
Laurence Rosen

3