# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>         v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No. 1:19-cv-05362-PGG<br><br><br><u>CLASS ACTION</u> |

**DECLARATION OF MATTHEW M. GUINEY ON BEHALF OF**
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP CONCERNING**
<u>**ATTORNEYS' FEES AND EXPENSES**</u>

I, Matthew M. Guiney, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a partner at Wolf Haldenstein Adler Freeman & Herz LLP; my firm served as additional counsel to the Lead Plaintiff and provided assistance to Lead Counsel in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      My firm rendered the following legal services in connection with the prosecution of this Action: conducted case investigation and assessment of the factual and legal bases of the Action; prepared and filed the initial complaint in this Action; arranged for service of process and related matters.

3.      The chart below is a summary of time expended by the attorneys and professional staff of Wolf Haldenstein Adler Freeman & Herz LLP on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this declaration in

1

support of my firm's application for fees and reimbursement of expenses and any other time related

to billing or periodic time reporting has not been included in this chart:

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Peter C. Harrar (P) | 34 | $885.00 | 4.10 | $3,628.50 |
| Matthew M. Guiney (P) | 18 | $700.00 | 17.80 | $12,460.00 |
| Kevin G. Cooper (A) | 8 | $355.00 | 3.40 | $1,207.00 |
| Gregory L. Stone (FA) | n/a | $475.00 | 21.00 | $9,975.00 |
| Jim Cirigliano (PL) | n/a | $335.00 | 15.30 | $5,125.50 |
| Jillaine Gill (PL) | n/a | $310.00 | 8.20 | $2,542.00 |
| **TOTAL** | | | **69.80** | **$34,938.00** |

* Partner (P), Associate (A), Paralegal (PL) Financial Analyst (FA)

4.      Since the beginning of this Action, my firm performed a total of **69.80** professional

work hours in the prosecution of this Action. The total lodestar amount for my firm is **$34,938.00**.

5.      Wolf Haldenstein Adler Freeman & Herz LLP expended a total of **$3,899.75** in un-

reimbursed expenses in connection with the prosecution of this Action, broken down as follows:

| Category | Amount |
|---|---|
| Court Filing Fees | $400.00 |
| Service of Process Fees | $488.40 |
| Photocopying, Scanning, and Printing Documents Fees | $11.35 |
| Mediation Fee | $3,000.00 |
| **TOTAL** | **$3,899.75** |

6.      The expenses set forth above are reflected in the firm's books and records. These

books and records are prepared from expense vouchers, check records, and financial statements

prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 19, 20201 in New York, NY

/s/ Matthew M. Guiney
Matthew M. Guiney