# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>    Defendants. | Case No.: 1:19-cv-05362-PGG<br><br><br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS**
**CONCERNING (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over seven years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.    Pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, dated January 21, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure and the processing of claims in connection with the Settlement in this Action.

3.    As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and

Objections, dated April 21, 2021 (the "Evans Declaration"), SCS had mailed 2,917 Postcard Notices[1] to potential Settlement Class Members or nominees.  Since the Evans Declaration was filed, an additional 160 Postcard Notices have been mailed; a total of 3,077 Postcard Notices have been mailed to date.  Additionally, as noted in the Evans Declaration, SCS was originally notified by one of the nominees that they emailed 676 of their customers to notify them of this settlement and provided direct links to the Notice and Claim Form on the Settlement webpage. Since the filing of the Evans Declaration, an additional 6 email notifications have been sent; a total of 682 email notifications have been sent to date.

<u>**UPDATE ON TOLL-FREE PHONE LINE**</u>

4.      The Evans Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

<u>**UPDATE ON WEBSITE**</u>

5.      On February 9, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/fusion-connect-inc-securities-litigation/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents. To date, the website has received 1,204 pageviews from 504 unique users.

---

[1] As stated in the Evans Declaration, out of the 2,917 Postcard Notices mailed, SCS had received 1 request from a potential Settlement Class Member to mail them the Notice and Claim Form. Since the filing of the Evans Declaration, SCS has not received any additional requests to mail the Notice and Claim Form.

2

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.    The Postcard Notice, the Notice, the Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than April 29, 2021. As noted in the Evans Declaration, SCS previously received one invalid exclusion request (from an individual who is not a Settlement Class Member), which was attached as Exhibit E to the Evans Declaration. SCS has been monitoring all mail delivered for this case. Since the filing of the Evans Declaration, SCS has not received any additional exclusion requests.

7.    According to the Notice, Summary Notice, Postcard, and Settlement webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application were required to submit their objection in writing such that the request is received by Lead Counsel and Counsel for the Defendants, as well as filed with the Court, no later than April 29, 2021.   As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

## CLAIM FORM FILING STATUS

8.    To date, SCS has received 1,206 timely claim forms.  The deadline to submit a claim: (i) if electronically at SCS's website, was 11:59 p.m. EDT on April 29, 2021; or (ii) if by mail, postmarked no later than April 29, 2021.

9.    The statuses and preliminary recognized losses for the 1,206 timely claims are included in the table below. The numbers below do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

3

| Type of Claims | Number of Claims | Dollar Amount of the Recognized Losses |
|---|---|---|
| Valid | 220 | $4,911,454 |
| Deficient Claims with limited proof | 3 | $195,494 |
| Rejected Claims with no Recognized Losses | 983 | n/a |
| Total | 1,206 | $5,106,948 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of May 2021, in Media, Pennsylvania.

_Sarah Evans_

_____

Sarah Evans

4