**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PATRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN M. DOTTS and KEITH SOLDAN<br><br>Defendants. | Case No. 1:19-cv-05362-PGG<br><br>CLASS ACTION |

## NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead

Plaintiff Robert Patron ("Lead Plaintiff"), through Lead Counsel, hereby moves this Court for

entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class

Distribution Order").[1]  Among other things, the Class Distribution Order: (i) approves the Claims

Administrator's recommendations accepting and rejecting Claims submitted in the Action; and (ii)

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement dated June 8, 2020 and filed with the Court on June 10, 2020 (Dkt. No. 50).

directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law, the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process and the exhibits thereto.

Defendants do not oppose this Motion. Accordingly, Lead Plaintiff respectfully requests that the Court decide the Motion on the papers, and enter the Class Distribution Order.

Dated: February 4, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Yu Shi*
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiff
and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Yu Shi*
Yu Shi