**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PATRON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN M. DOTTS and KEITH SOLDAN <br><br> Defendants. | Case No.: 1:19-cv-05362-PGG <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF SARAH EVANS**
**<u>CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS</u>**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action cases since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein.

**<u>UPDATE ON THE NOTIFICATION PROCESS</u>**

2.     Pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, dated January 21, 2021 (ECF No. 55, the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims, in connection with the Settlement[1] in the above-captioned action.

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of June 8, 2020 (ECF No. 50, the "Stipulation").

1

3.      As noted in the Declaration of Sarah Evans Concerning (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated April 21, 2021 (ECF No. 62-1), and the Supplemental Declaration of Sarah Evans Concerning (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion Objections, dated May 13, 2021 (ECF No. 63-1) (together, the "Evans Declarations"), SCS mailed or emailed 1,256 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 3,077[2] Postcard Notices to potential Settlement Class Members or nominees. SCS was also notified that one Nominee Account Holder had notified 676 potential Class Members of the Settlement by email and provided direct links to the Long Notice and Claim Form on the Settlement webpage ("Settlement Webpage") on the website www.strategicclaims.net/fusion-connect-inc-securities-litigation.   Since the Evans Declarations were filed, no additional Postcard Notices have been mailed due to responses from Nominee Account Holders and Institutional Groups, and no additional email notifications have been sent. A total of 3,753 notices have been disseminated to date.

## UPDATE ON TOLL-FREE PHONE LINE

4.      The Evans Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members or to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to address questions from Settlement Class Members.

---

[2] Out of the 3,077 Postcard Notices mailed, SCS received 1 request from a potential Class Members to mail them the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form", together with the Notice, "Notice and Claim Form"). Since the filing of the Evans Declarations, SCS has not received any additional requests from potential Settlement Class Members for the Notice and Claim Form.

**UPDATE ON WEBPAGE**

5.       The Evans Declarations also noted that on February 9, 2021, SCS established the Settlement Webpage on SCS's website, www.strategicclaims.net/fusion-connect-inc-securities-litigation, for this case.  SCS continues to maintain the Settlement Webpage.  The Settlement Webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents, including the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits.  To date, the Settlement Webpage has received 1,417 pageviews from 694 unique users.

**STATUS OF CLAIMS PROCESSING**

6.       Through June 30, 2021, 1,230 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[3]  SCS has carefully reviewed, analyzed, and processed all of these claims and has responded to all claimant inquiries regarding the action, the settlement, and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.       The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.       PROPERLY DOCUMENTED CLAIMS:  SCS has identified 230[4] properly documented valid claims.  These valid claims represent Recognized Losses of

---

[3] SCS has not processed any claims filed after June 30, 2021, or any responses to rejections received after December 20, 2021, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

[4] This number includes 228 timely filed valid claims and 2 late but otherwise valid claims.

$5,173,291.97[5]. These valid claims were calculated in the manner set forth in the Court-approved Proposed Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice. **Exhibit B-1** is a spreadsheet of the 228 properly documented and timely submitted claims.  **Exhibit B-2** is a spreadsheet of the 2 claims submitted after the Court-approved claims filing deadline, April 29, 2021, and on or before June 30, 2021.

b.       INADEQUATELY DOCUMENTED CLAIMS: SCS initially identified 51 inadequately documented claims. SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**.  Among these 51 deficient claims, 2 have been successfully cured and are considered valid.  The remaining 49 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy.  To date, none of the 49 inadequate claimants has objected to or contested this determination. See **Exhibit D** for a list of the inadequate, rejected claimants.

c.       INELIGIBLE CLAIMS:  In addition to the 49 claims discussed above in paragraph 7.b., SCS has identified 951 claims which we recommend for complete rejection. Included in this category are: (i) claims with shares of Fusion Connect, Inc. ("Fusion") common stock that were purchased outside of the Settlement Class Period; (ii) claims with no Recognized Losses; (iii) claims with shares of Fusion common stock that were not purchased or otherwise acquired, but were received or granted by gift, inheritance, or

---

[5] This amount includes Recognized Losses for timely filed, valid claims of $5,160,204.17 and Recognized Losses for late (but otherwise valid) claims of $13,087.80.

operation of law; (iv) claims with shares sold short; (v) duplicate claims; and (vi) claims filed for securities other than Fusion common stock. See **Exhibit E** for a list of these ineligible claims. We have communicated with these 951 claimants and advised them of our determination. A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

8.      In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after June 30, 2021, and any responses to deficiency and/or rejection notices received after December 20, 2021.

9.      Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

(a)      Per the Plan of Allocation, each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all 228 Authorized Claimants and 2 late claims, if the late claims are deemed valid by the Court. No distribution will be made on a claim where the potential distribution amount is less than $10.00 in cash.

(b)      In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)      If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent

efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice & Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel and approved by the Court.

(d) Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of January 2022, in Media, Pennsylvania.

_____
Sarah Evans

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## FUSION CONNECT, INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS ................................................................................. 1,230

TOTAL # OF APPROVED VALID CLAIMS............................................... 230

TOTAL # OF REJECTED CLAIMS........................................................... 1,000

PURCHASED OUTSIDE OF CLASS PERIOD ............646
NO RECOGNIZED LOSSES.........................................231
SHARES NOT PURCHASED .........................................62
INADEQUATE DOCUMENTATION ............................49
SHARES SOLD SHORT.....................................................7
DUPLICATE CLAIM .......................................................3
WRONG STOCK ..............................................................2

TOTAL .......................................................................1,000

TOTAL RECOGNIZED LOSSES ............................................................$5,173,291.97

**Timely, Properly Documented Claims**

| Control Number | Recognized Loss |
|---|---|
| 3 | $ 17,325.00 |
| 6 | $ 6,089.49 |
| 11 | $ 3,780.81 |
| 22 | $ 1,646.37 |
| 46 | $ 16.83 |
| 50 | $ 5,511.33 |
| 52 | $ 80.19 |
| 61 | $ 5.94 |
| 65 | $ 1,323.63 |
| 69 | $ 693,000.00 |
| 72 | $ 22,345.29 |
| 75 | $ 3,101.67 |
| 76 | $ 9,347.58 |
| 77 | $ 3,694.68 |
| 78 | $ 3,742.20 |
| 80 | $ 123.75 |
| 84 | $ 1,913.67 |
| 86 | $ 693.00 |
| 88 | $ 12,969.00 |
| 89 | $ 9,355.50 |
| 90 | $ 1,913.67 |
| 92 | $ 3,486.78 |
| 94 | $ 2,564.10 |
| 95 | $ 3,445.20 |
| 96 | $ 198.00 |
| 103 | $ 42.57 |
| 104 | $ 49,500.00 |
| 107 | $ 219.78 |
| 109 | $ 675.18 |
| 112 | $ 1,600.83 |
| 115 | $ 155.43 |
| 116 | $ 1,074.15 |
| 117 | $ 15.84 |
| 118 | $ 6,108.30 |
| 119 | $ 14,850.00 |
| 120 | $ 19,800.00 |
| 131 | $ 1,291.95 |
| 661 | $ 15,345.00 |
| 662 | $ 929.08 |

| | |
|---|---|
| 672 | $ 38,511.00 |
| 685 | $ 65,959.74 |
| 701 | $ 84.15 |
| 705 | $ 2,475.00 |
| 706 | $ 437.58 |
| 707 | $ 2,659.14 |
| 709 | $ 659.34 |
| 710 | $ 1,132.56 |
| 711 | $ 30,892.95 |
| 712 | $ 6,071.67 |
| 713 | $ 4,752.00 |
| 714 | $ 2,785.86 |
| 715 | $ 96.16 |
| 716 | $ 594.00 |
| 717 | $ 739.53 |
| 718 | $ 885.06 |
| 733 | $ 11,808.72 |
| 734 | $ 257.40 |
| 735 | $ 2,054.25 |
| 746 | $ 5,782.59 |
| 747 | $ 895.95 |
| 748 | $ 6,671.61 |
| 749 | $ 2,219.58 |
| 750 | $ 16,848.81 |
| 752 | $ 69,300.00 |
| 753 | $ 277.20 |
| 761 | $ 2,964.06 |
| 762 | $ 3,087.81 |
| 764 | $ 954.36 |
| 767 | $ 3,866.94 |
| 771 | $ 891.00 |
| 772 | $ 396.00 |
| 775 | $ 41,580.00 |
| 776 | $ 25,417.26 |
| 799 | $ 26.73 |
| 801 | $ 46.73 |
| 802 | $ 19.80 |
| 803 | $ 118.80 |
| 808 | $ 36.63 |
| 811 | $ 1.98 |
| 812 | $ 1,873.08 |

| | |
|---|---|
| 813 | $ 3,087.81 |
| 814 | $ 26,532.00 |
| 817 | $ 768.24 |
| 818 | $ 20,588.04 |
| 819 | $ 811.80 |
| 820 | $ 33,650.10 |
| 821 | $ 10,519.74 |
| 822 | $ 121,411.62 |
| 823 | $ 42,692.76 |
| 824 | $ 9,079.29 |
| 827 | $ 4,627.26 |
| 828 | $ 31,605.75 |
| 829 | $ 688.05 |
| 840 | $ 2,277.99 |
| 841 | $ 1,881.99 |
| 842 | $ 5,404.41 |
| 849 | $ 594.00 |
| 851 | $ 49,486.10 |
| 869 | $ 1,485.00 |
| 873 | $ 4,950.00 |
| 875 | $ 29,700.00 |
| 885 | $ 25,768.71 |
| 887 | $ 1,772.10 |
| 893 | $ 2,176.02 |
| 899 | $ 496.98 |
| 903 | $ 893.97 |
| 906 | $ 10,516.77 |
| 907 | $ 51,595.83 |
| 908 | $ 863.28 |
| 909 | $ 441.54 |
| 910 | $ 2,669.04 |
| 911 | $ 7,029.99 |
| 912 | $ 12,529.44 |
| 913 | $ 3,304.62 |
| 919 | $ 819.72 |
| 920 | $ 2,327.49 |
| 925 | $ 321.75 |
| 927 | $ 2,574.00 |
| 928 | $ 69,564.33 |
| 929 | $ 18,756.54 |
| 930 | $ 8,758.53 |

| | |
|---|---|
| 932 | $ 263.34 |
| 933 | $ 398.97 |
| 936 | $ 1,831.50 |
| 948 | $ 74.25 |
| 949 | $ 57.42 |
| 951 | $ 24.75 |
| 952 | $ 717.75 |
| 953 | $ 2,077.02 |
| 954 | $ 29,378.25 |
| 955 | $ 24,353.01 |
| 956 | $ 173,269.80 |
| 957 | $ 23,486.76 |
| 958 | $ 432,292.41 |
| 959 | $ 60,390.00 |
| 960 | $ 336.60 |
| 961 | $ 9,900.00 |
| 962 | $ 82,566.00 |
| 963 | $ 10,692.00 |
| 964 | $ 5,544.00 |
| 965 | $ 74,943.00 |
| 966 | $ 5,836.05 |
| 967 | $ 2,887.83 |
| 968 | $ 2,574.00 |
| 970 | $ 13,345.20 |
| 971 | $ 832.59 |
| 972 | $ 2,764.08 |
| 979 | $ 396.00 |
| 992 | $ 2,606.67 |
| 1021 | $ 11.61 |
| 1023 | $ 69.30 |
| 1024 | $ 172.26 |
| 1026 | $ 261.36 |
| 1030 | $ 5.94 |
| 1031 | $ 3.96 |
| 1032 | $ 51.48 |
| 1033 | $ 247.50 |
| 1089 | $ 3,960.00 |
| 1090 | $ 95.04 |
| 1094 | $ 1,126.62 |
| 1095 | $ 6,930.00 |
| 1097 | $ 59,895.00 |

| | |
|---|---|
| 1102 | $ 282.15 |
| 1103 | $ 143.55 |
| 1104 | $ 123.75 |
| 1105 | $ 405.90 |
| 1106 | $ 2,178.00 |
| 1107 | $ 5,940.00 |
| 1108 | $ 396.00 |
| 1109 | $ 792.00 |
| 1111 | $ 2,475.00 |
| 1112 | $ 99.00 |
| 1117 | $ 145.53 |
| 1127 | $ 289.08 |
| 1131 | $ 16,733.97 |
| 1132 | $ 40,541.49 |
| 1133 | $ 81,685.89 |
| 1134 | $ 755.37 |
| 1135 | $ 131,521.50 |
| 1136 | $ 1,237.50 |
| 1137 | $ 3,465.00 |
| 1138 | $ 33,660.00 |
| 1140 | $ 16,830.00 |
| 1141 | $ 119,582.10 |
| 1142 | $ 497,380.95 |
| 1143 | $ 2,970.00 |
| 1144 | $ 6,039.00 |
| 1145 | $ 19,800.99 |
| 1149 | $ 4,950.00 |
| 1150 | $ 1,980.00 |
| 1152 | $ 1,485.00 |
| 1153 | $ 14,743.08 |
| 1154 | $ 4,321.35 |
| 1155 | $ 49,500.00 |
| 1158 | $ 9,437.67 |
| 1159 | $ 8,217.00 |
| 1162 | $ 4,950.00 |
| 1163 | $ 337.59 |
| 1164 | $ 1,831.50 |
| 1165 | $ 2,673.00 |
| 1166 | $ 43,065.00 |
| 1167 | $ 60.39 |
| 1168 | $ 4,950.00 |

**EXHIBIT B-1**

| | |
|------|-------------|
| 1169 | $ 4,289.67 |
| 1170 | $ 1,089.00 |
| 1172 | $ 9.90 |
| 1175 | $ 79,200.00 |
| 1176 | $ 11,880.00 |
| 1179 | $ 138,586.10 |
| 1180 | $ 1,814.67 |
| 1181 | $ 495.00 |
| 1184 | $ 9,900.00 |
| 1185 | $ 4,950.00 |
| 1186 | $ 166,649.67 |
| 1187 | $ 4,950.00 |
| 1188 | $ 469,260.00 |
| 1189 | $ 11.88 |
| 1190 | $ 10,455.39 |
| 1191 | $ 36,630.00 |
| 1193 | $ 990.00 |
| 1194 | $ 4,950.00 |
| 1198 | $ 762.30 |
| 1201 | $ 9,900.00 |
| 1204 | $ 26,068.68 |
| 1226 | $ 4,950.00 |
| 1227 | $ 84,459.87 |
| 1229 | $ 7,920.00 |
| 1230 | $ 4,950.00 |

**Total Timely, Properly Documented Claims:**      **228**

**Total Recognized Losses:**                **$5,160,204.17**

**EXHIBIT B-2**

## Late, Properly Documented Claims

| Control Number | Recognized Loss |
|---|---|
| 1207 | $ 4,950.00 |
| 1225 | $ 8,137.80 |

**Total Late, Properly Documented Claims:**     2
**Total Recognized Losses:**     $ 13,087.80

**EXHIBIT C**

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA 19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

CONTROL#:   1192

**October 28, 2021**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Sufficient Documentation* was not provided. In order to process your claim we require: (1) any transactions of Fusion Connect, Inc. ("Fusion") common stock during the period from May 11, 2018 through July 1, 2019, both dates inclusive; (2) proof of holdings of Fusion common stock at the close of trading on May 10, 2018; and (3) proof of holdings of Fusion common stock at the close of trading on July 1, 2019. | 462478 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Fusion Connect, Inc. ("Fusion") common stock during the period from May 11, 2018 through July 1, 2019, both dates inclusive; (2) proof of holdings of Fusion common stock at the close of trading on May 10, 2018; and (3) proof of holdings of Fusion common stock at the close of trading on July 1, 2019.

**EXHIBIT D**

**Inadequately Documented Claims**

| Control Number | Reason for Rejection |
| --- | --- |
| 1045 | Insufficient Documentation |
| 1046 | Insufficient Documentation |
| 1047 | Insufficient Documentation |
| 1048 | Insufficient Documentation |
| 1049 | Insufficient Documentation |
| 1050 | Insufficient Documentation |
| 1051 | Insufficient Documentation |
| 1052 | Insufficient Documentation |
| 1053 | Insufficient Documentation |
| 1054 | Insufficient Documentation |
| 1055 | Insufficient Documentation |
| 1056 | Insufficient Documentation |
| 1057 | Insufficient Documentation |
| 1058 | Insufficient Documentation |
| 1059 | Insufficient Documentation |
| 1060 | Insufficient Documentation |
| 1061 | Insufficient Documentation |
| 1062 | Insufficient Documentation |
| 1063 | Insufficient Documentation |
| 1064 | Insufficient Documentation |
| 1065 | Insufficient Documentation |
| 1066 | Insufficient Documentation |
| 1067 | Insufficient Documentation |
| 1068 | Insufficient Documentation |
| 1069 | Insufficient Documentation |
| 1070 | Insufficient Documentation |
| 1071 | Insufficient Documentation |
| 1072 | Insufficient Documentation |
| 1073 | Insufficient Documentation |
| 1074 | Insufficient Documentation |
| 1075 | Insufficient Documentation |
| 1076 | Insufficient Documentation |
| 1077 | Insufficient Documentation |
| 1078 | Insufficient Documentation |
| 1079 | Insufficient Documentation |
| 1080 | Insufficient Documentation |
| 1081 | Insufficient Documentation |
| 1082 | Insufficient Documentation |

**EXHIBIT D**

| | |
|---|---|
| 1083 | Insufficient Documentation |
| 1084 | Insufficient Documentation |
| 1085 | Insufficient Documentation |
| 1086 | Insufficient Documentation |
| 1087 | Insufficient Documentation |
| 1088 | Insufficient Documentation |
| 1120 | Insufficient Documentation |
| 1121 | Insufficient Documentation |
| 1122 | Insufficient Documentation |
| 1123 | Insufficient Documentation |
| 1192 | Insufficient Documentation |

**Total Inadequately Documented Claims:    49**

**EXHIBIT E**

**Ineligible Claims**

| Control Number | Reason for Rejection |
|---|---|
| 1 | No Recognized Loss |
| 2 | No Recognized Loss |
| 4 | Out of Class Period |
| 5 | No Recognized Loss |
| 7 | No Recognized Loss |
| 8 | No Recognized Loss |
| 9 | No Recognized Loss |
| 10 | No Recognized Loss |
| 12 | No Recognized Loss |
| 13 | Out of Class Period |
| 14 | Out of Class Period |
| 15 | Out of Class Period |
| 16 | No Recognized Loss |
| 17 | No Recognized Loss |
| 18 | No Recognized Loss |
| 19 | No Recognized Loss |
| 20 | Out of Class Period |
| 21 | Out of Class Period |
| 23 | No Recognized Loss |
| 24 | Out of Class Period |
| 25 | Out of Class Period |
| 26 | No Recognized Loss |
| 27 | No Recognized Loss |
| 28 | No Recognized Loss |
| 29 | Out of Class Period |
| 30 | No Recognized Loss |
| 31 | Out of Class Period |
| 32 | No Recognized Loss |
| 33 | Out of Class Period |
| 34 | No Recognized Loss |
| 35 | No Recognized Loss |
| 36 | No Recognized Loss |
| 37 | No Recognized Loss |
| 38 | No Recognized Loss |
| 39 | Shares Sold Short |
| 40 | Shares Sold Short |
| 41 | No Recognized Loss |
| 42 | No Recognized Loss |
| 43 | No Recognized Loss |

**EXHIBIT E**

| | |
|---|---|
| 44 | No Recognized Loss |
| 45 | Out of Class Period |
| 47 | Out of Class Period |
| 48 | No Recognized Loss |
| 49 | No Recognized Loss |
| 51 | No Recognized Loss |
| 53 | No Recognized Loss |
| 54 | No Recognized Loss |
| 55 | No Recognized Loss |
| 56 | No Recognized Loss |
| 57 | Out of Class Period |
| 58 | No Recognized Loss |
| 59 | No Recognized Loss |
| 60 | Out of Class Period |
| 62 | No Recognized Loss |
| 63 | No Recognized Loss |
| 64 | No Recognized Loss |
| 66 | Shares Not Purchased |
| 67 | No Recognized Loss |
| 68 | Shares Not Purchased |
| 70 | No Recognized Loss |
| 71 | No Recognized Loss |
| 73 | Shares Not Purchased |
| 74 | No Recognized Loss |
| 79 | Shares Not Purchased |
| 81 | Shares Not Purchased |
| 82 | Shares Not Purchased |
| 83 | Shares Not Purchased |
| 85 | Shares Not Purchased |
| 87 | Shares Not Purchased |
| 91 | No Recognized Loss |
| 93 | Shares Not Purchased |
| 97 | Shares Not Purchased |
| 98 | No Recognized Loss |
| 99 | Shares Not Purchased |
| 100 | Shares Not Purchased |
| 101 | Out of Class Period |
| 102 | No Recognized Loss |
| 105 | Out of Class Period |
| 106 | Out of Class Period |
| 108 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 110 | Shares Not Purchased |
| 111 | Out of Class Period |
| 113 | No Recognized Loss |
| 114 | Out of Class Period |
| 121 | Out of Class Period |
| 122 | No Recognized Loss |
| 123 | No Recognized Loss |
| 124 | No Recognized Loss |
| 125 | No Recognized Loss |
| 126 | Out of Class Period |
| 127 | Out of Class Period |
| 128 | Shares Not Purchased |
| 129 | Shares Not Purchased |
| 130 | Out of Class Period |
| 132 | Out of Class Period |
| 133 | Out of Class Period |
| 134 | Out of Class Period |
| 135 | Out of Class Period |
| 136 | Out of Class Period |
| 137 | Out of Class Period |
| 138 | Out of Class Period |
| 139 | Out of Class Period |
| 140 | Out of Class Period |
| 141 | Out of Class Period |
| 142 | Out of Class Period |
| 143 | Out of Class Period |
| 144 | Out of Class Period |
| 145 | Out of Class Period |
| 146 | Out of Class Period |
| 147 | Out of Class Period |
| 148 | Out of Class Period |
| 149 | Out of Class Period |
| 150 | Out of Class Period |
| 151 | Out of Class Period |
| 152 | Out of Class Period |
| 153 | Out of Class Period |
| 154 | Out of Class Period |
| 155 | Out of Class Period |
| 156 | Out of Class Period |
| 157 | Out of Class Period |
| 158 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 159 | Out of Class Period |
| 160 | Out of Class Period |
| 161 | Out of Class Period |
| 162 | Out of Class Period |
| 163 | Out of Class Period |
| 164 | Out of Class Period |
| 165 | Out of Class Period |
| 166 | Out of Class Period |
| 167 | Out of Class Period |
| 168 | Out of Class Period |
| 169 | Out of Class Period |
| 170 | Out of Class Period |
| 171 | Out of Class Period |
| 172 | Out of Class Period |
| 173 | Out of Class Period |
| 174 | Out of Class Period |
| 175 | Out of Class Period |
| 176 | Out of Class Period |
| 177 | Out of Class Period |
| 178 | Out of Class Period |
| 179 | Out of Class Period |
| 180 | Out of Class Period |
| 181 | Out of Class Period |
| 182 | Out of Class Period |
| 183 | Out of Class Period |
| 184 | Out of Class Period |
| 185 | Out of Class Period |
| 186 | Out of Class Period |
| 187 | Out of Class Period |
| 188 | Out of Class Period |
| 189 | Out of Class Period |
| 190 | Out of Class Period |
| 191 | Out of Class Period |
| 192 | Out of Class Period |
| 193 | Out of Class Period |
| 194 | Out of Class Period |
| 195 | Out of Class Period |
| 196 | Out of Class Period |
| 197 | Out of Class Period |
| 198 | Out of Class Period |
| 199 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 200 | Out of Class Period |
| 201 | Out of Class Period |
| 202 | Out of Class Period |
| 203 | Out of Class Period |
| 204 | Out of Class Period |
| 205 | Out of Class Period |
| 206 | Out of Class Period |
| 207 | Out of Class Period |
| 208 | Out of Class Period |
| 209 | Out of Class Period |
| 210 | Out of Class Period |
| 211 | Out of Class Period |
| 212 | Out of Class Period |
| 213 | Out of Class Period |
| 214 | Out of Class Period |
| 215 | Out of Class Period |
| 216 | Out of Class Period |
| 217 | Out of Class Period |
| 218 | Out of Class Period |
| 219 | Out of Class Period |
| 220 | Out of Class Period |
| 221 | Out of Class Period |
| 222 | Out of Class Period |
| 223 | Out of Class Period |
| 224 | Out of Class Period |
| 225 | Out of Class Period |
| 226 | Out of Class Period |
| 227 | Out of Class Period |
| 228 | Out of Class Period |
| 229 | Out of Class Period |
| 230 | Out of Class Period |
| 231 | Out of Class Period |
| 232 | Out of Class Period |
| 233 | Out of Class Period |
| 234 | Out of Class Period |
| 235 | Out of Class Period |
| 236 | Out of Class Period |
| 237 | Out of Class Period |
| 238 | Out of Class Period |
| 239 | Out of Class Period |
| 240 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 241 | Out of Class Period |
| 242 | Out of Class Period |
| 243 | Out of Class Period |
| 244 | Out of Class Period |
| 245 | Out of Class Period |
| 246 | Out of Class Period |
| 247 | Out of Class Period |
| 248 | Out of Class Period |
| 249 | Out of Class Period |
| 250 | Out of Class Period |
| 251 | Out of Class Period |
| 252 | Out of Class Period |
| 253 | Out of Class Period |
| 254 | Out of Class Period |
| 255 | Out of Class Period |
| 256 | Out of Class Period |
| 257 | Out of Class Period |
| 258 | Out of Class Period |
| 259 | Out of Class Period |
| 260 | Out of Class Period |
| 261 | Out of Class Period |
| 262 | Out of Class Period |
| 263 | Out of Class Period |
| 264 | Out of Class Period |
| 265 | Out of Class Period |
| 266 | Out of Class Period |
| 267 | Out of Class Period |
| 268 | Out of Class Period |
| 269 | Out of Class Period |
| 270 | Out of Class Period |
| 271 | Out of Class Period |
| 272 | Out of Class Period |
| 273 | Out of Class Period |
| 274 | Out of Class Period |
| 275 | Out of Class Period |
| 276 | Out of Class Period |
| 277 | Out of Class Period |
| 278 | Out of Class Period |
| 279 | Out of Class Period |
| 280 | Out of Class Period |
| 281 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 282 | Out of Class Period |
| 283 | Out of Class Period |
| 284 | Out of Class Period |
| 285 | Out of Class Period |
| 286 | Out of Class Period |
| 287 | Out of Class Period |
| 288 | Out of Class Period |
| 289 | Out of Class Period |
| 290 | Out of Class Period |
| 291 | Out of Class Period |
| 292 | Out of Class Period |
| 293 | Out of Class Period |
| 294 | Out of Class Period |
| 295 | Out of Class Period |
| 296 | Out of Class Period |
| 297 | Out of Class Period |
| 298 | Out of Class Period |
| 299 | Out of Class Period |
| 300 | Out of Class Period |
| 301 | Out of Class Period |
| 302 | Out of Class Period |
| 303 | Out of Class Period |
| 304 | Out of Class Period |
| 305 | Out of Class Period |
| 306 | Out of Class Period |
| 307 | Out of Class Period |
| 308 | Out of Class Period |
| 309 | Out of Class Period |
| 310 | Out of Class Period |
| 311 | Out of Class Period |
| 312 | Out of Class Period |
| 313 | Out of Class Period |
| 314 | Out of Class Period |
| 315 | Out of Class Period |
| 316 | Out of Class Period |
| 317 | Out of Class Period |
| 318 | Out of Class Period |
| 319 | Out of Class Period |
| 320 | Out of Class Period |
| 321 | Out of Class Period |
| 322 | Out of Class Period |

**EXHIBIT E**

| 323 | Out of Class Period |
|-----|---------------------|
| 324 | Out of Class Period |
| 325 | Out of Class Period |
| 326 | Out of Class Period |
| 327 | Out of Class Period |
| 328 | Out of Class Period |
| 329 | Out of Class Period |
| 330 | Out of Class Period |
| 331 | Out of Class Period |
| 332 | Out of Class Period |
| 333 | Out of Class Period |
| 334 | Out of Class Period |
| 335 | Out of Class Period |
| 336 | Out of Class Period |
| 337 | Out of Class Period |
| 338 | Out of Class Period |
| 339 | Out of Class Period |
| 340 | Out of Class Period |
| 341 | Out of Class Period |
| 342 | Out of Class Period |
| 343 | Out of Class Period |
| 344 | Out of Class Period |
| 345 | Out of Class Period |
| 346 | Out of Class Period |
| 347 | Out of Class Period |
| 348 | Out of Class Period |
| 349 | Out of Class Period |
| 350 | Out of Class Period |
| 351 | Out of Class Period |
| 352 | Out of Class Period |
| 353 | Out of Class Period |
| 354 | Out of Class Period |
| 355 | Out of Class Period |
| 356 | Out of Class Period |
| 357 | Out of Class Period |
| 358 | Out of Class Period |
| 359 | Out of Class Period |
| 360 | Out of Class Period |
| 361 | Out of Class Period |
| 362 | Out of Class Period |
| 363 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 364 | Out of Class Period |
| 365 | Out of Class Period |
| 366 | Out of Class Period |
| 367 | Out of Class Period |
| 368 | Out of Class Period |
| 369 | Out of Class Period |
| 370 | Out of Class Period |
| 371 | Out of Class Period |
| 372 | Out of Class Period |
| 373 | Out of Class Period |
| 374 | Out of Class Period |
| 375 | Out of Class Period |
| 376 | Out of Class Period |
| 377 | Out of Class Period |
| 378 | Out of Class Period |
| 379 | Out of Class Period |
| 380 | Out of Class Period |
| 381 | Out of Class Period |
| 382 | Out of Class Period |
| 383 | Out of Class Period |
| 384 | Out of Class Period |
| 385 | Out of Class Period |
| 386 | Out of Class Period |
| 387 | Out of Class Period |
| 388 | Out of Class Period |
| 389 | Out of Class Period |
| 390 | Out of Class Period |
| 391 | Out of Class Period |
| 392 | Out of Class Period |
| 393 | Out of Class Period |
| 394 | Out of Class Period |
| 395 | Out of Class Period |
| 396 | Out of Class Period |
| 397 | Out of Class Period |
| 398 | Out of Class Period |
| 399 | Out of Class Period |
| 400 | Out of Class Period |
| 401 | Out of Class Period |
| 402 | Out of Class Period |
| 403 | Out of Class Period |
| 404 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 405 | Out of Class Period |
| 406 | Out of Class Period |
| 407 | Out of Class Period |
| 408 | Out of Class Period |
| 409 | Out of Class Period |
| 410 | Out of Class Period |
| 411 | Out of Class Period |
| 412 | Out of Class Period |
| 413 | Out of Class Period |
| 414 | Out of Class Period |
| 415 | Out of Class Period |
| 416 | Out of Class Period |
| 417 | Out of Class Period |
| 418 | Out of Class Period |
| 419 | Out of Class Period |
| 420 | Out of Class Period |
| 421 | Out of Class Period |
| 422 | Out of Class Period |
| 423 | Out of Class Period |
| 424 | Out of Class Period |
| 425 | Out of Class Period |
| 426 | Out of Class Period |
| 427 | Out of Class Period |
| 428 | Out of Class Period |
| 429 | Out of Class Period |
| 430 | Out of Class Period |
| 431 | Out of Class Period |
| 432 | Out of Class Period |
| 433 | Out of Class Period |
| 434 | Out of Class Period |
| 435 | Out of Class Period |
| 436 | Out of Class Period |
| 437 | Out of Class Period |
| 438 | Out of Class Period |
| 439 | Out of Class Period |
| 440 | Out of Class Period |
| 441 | Out of Class Period |
| 442 | Out of Class Period |
| 443 | Out of Class Period |
| 444 | Out of Class Period |
| 445 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 446 | Out of Class Period |
| 447 | Out of Class Period |
| 448 | Out of Class Period |
| 449 | Out of Class Period |
| 450 | Out of Class Period |
| 451 | Out of Class Period |
| 452 | Out of Class Period |
| 453 | Out of Class Period |
| 454 | Out of Class Period |
| 455 | Out of Class Period |
| 456 | Out of Class Period |
| 457 | Out of Class Period |
| 458 | Out of Class Period |
| 459 | Out of Class Period |
| 460 | Out of Class Period |
| 461 | Out of Class Period |
| 462 | Out of Class Period |
| 463 | Out of Class Period |
| 464 | Out of Class Period |
| 465 | Out of Class Period |
| 466 | Out of Class Period |
| 467 | Out of Class Period |
| 468 | Out of Class Period |
| 469 | Out of Class Period |
| 470 | Out of Class Period |
| 471 | Out of Class Period |
| 472 | Out of Class Period |
| 473 | Out of Class Period |
| 474 | Out of Class Period |
| 475 | Out of Class Period |
| 476 | Out of Class Period |
| 477 | Out of Class Period |
| 478 | Out of Class Period |
| 479 | Out of Class Period |
| 480 | Out of Class Period |
| 481 | Out of Class Period |
| 482 | Out of Class Period |
| 483 | Out of Class Period |
| 484 | Out of Class Period |
| 485 | Out of Class Period |
| 486 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 487 | Out of Class Period |
| 488 | Out of Class Period |
| 489 | Out of Class Period |
| 490 | Out of Class Period |
| 491 | Out of Class Period |
| 492 | Out of Class Period |
| 493 | Out of Class Period |
| 494 | Out of Class Period |
| 495 | Out of Class Period |
| 496 | Out of Class Period |
| 497 | Out of Class Period |
| 498 | Out of Class Period |
| 499 | Out of Class Period |
| 500 | Out of Class Period |
| 501 | Out of Class Period |
| 502 | Out of Class Period |
| 503 | Out of Class Period |
| 504 | Out of Class Period |
| 505 | Out of Class Period |
| 506 | Out of Class Period |
| 507 | Out of Class Period |
| 508 | Out of Class Period |
| 509 | Out of Class Period |
| 510 | Out of Class Period |
| 511 | Out of Class Period |
| 512 | Out of Class Period |
| 513 | Out of Class Period |
| 514 | Out of Class Period |
| 515 | Out of Class Period |
| 516 | Out of Class Period |
| 517 | Out of Class Period |
| 518 | Out of Class Period |
| 519 | Out of Class Period |
| 520 | Out of Class Period |
| 521 | Out of Class Period |
| 522 | Out of Class Period |
| 523 | Out of Class Period |
| 524 | Out of Class Period |
| 525 | Out of Class Period |
| 526 | Out of Class Period |
| 527 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 528 | Out of Class Period |
| 529 | Out of Class Period |
| 530 | Out of Class Period |
| 531 | Out of Class Period |
| 532 | Out of Class Period |
| 533 | Out of Class Period |
| 534 | Out of Class Period |
| 535 | Out of Class Period |
| 536 | Out of Class Period |
| 537 | Out of Class Period |
| 538 | Out of Class Period |
| 539 | Out of Class Period |
| 540 | Out of Class Period |
| 541 | Out of Class Period |
| 542 | Out of Class Period |
| 543 | Out of Class Period |
| 544 | Out of Class Period |
| 545 | Out of Class Period |
| 546 | Out of Class Period |
| 547 | Out of Class Period |
| 548 | Out of Class Period |
| 549 | Out of Class Period |
| 550 | Out of Class Period |
| 551 | Out of Class Period |
| 552 | Out of Class Period |
| 553 | Out of Class Period |
| 554 | Out of Class Period |
| 555 | Out of Class Period |
| 556 | Out of Class Period |
| 557 | Out of Class Period |
| 558 | Out of Class Period |
| 559 | Out of Class Period |
| 560 | Out of Class Period |
| 561 | Out of Class Period |
| 562 | Out of Class Period |
| 563 | Out of Class Period |
| 564 | Out of Class Period |
| 565 | Out of Class Period |
| 566 | Out of Class Period |
| 567 | Out of Class Period |
| 568 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 569 | Out of Class Period |
| 570 | Out of Class Period |
| 571 | Out of Class Period |
| 572 | Out of Class Period |
| 573 | Out of Class Period |
| 574 | Out of Class Period |
| 575 | Out of Class Period |
| 576 | Out of Class Period |
| 577 | Out of Class Period |
| 578 | Out of Class Period |
| 579 | Out of Class Period |
| 580 | Out of Class Period |
| 581 | Out of Class Period |
| 582 | Out of Class Period |
| 583 | Out of Class Period |
| 584 | Out of Class Period |
| 585 | Out of Class Period |
| 586 | Out of Class Period |
| 587 | Out of Class Period |
| 588 | Out of Class Period |
| 589 | Out of Class Period |
| 590 | Out of Class Period |
| 591 | Out of Class Period |
| 592 | Out of Class Period |
| 593 | Out of Class Period |
| 594 | Out of Class Period |
| 595 | Out of Class Period |
| 596 | Out of Class Period |
| 597 | Out of Class Period |
| 598 | Out of Class Period |
| 599 | Out of Class Period |
| 600 | Out of Class Period |
| 601 | Out of Class Period |
| 602 | Out of Class Period |
| 603 | Out of Class Period |
| 604 | Out of Class Period |
| 605 | Out of Class Period |
| 606 | Out of Class Period |
| 607 | Out of Class Period |
| 608 | Out of Class Period |
| 609 | Out of Class Period |

**EXHIBIT E**

| 610 | Out of Class Period |
|-----|---------------------|
| 611 | Out of Class Period |
| 612 | Out of Class Period |
| 613 | Out of Class Period |
| 614 | Out of Class Period |
| 615 | Out of Class Period |
| 616 | Out of Class Period |
| 617 | Out of Class Period |
| 618 | Out of Class Period |
| 619 | Out of Class Period |
| 620 | Out of Class Period |
| 621 | Out of Class Period |
| 622 | Out of Class Period |
| 623 | Out of Class Period |
| 624 | Out of Class Period |
| 625 | Out of Class Period |
| 626 | Out of Class Period |
| 627 | Out of Class Period |
| 628 | Out of Class Period |
| 629 | Out of Class Period |
| 630 | Out of Class Period |
| 631 | Out of Class Period |
| 632 | Out of Class Period |
| 633 | Out of Class Period |
| 634 | Out of Class Period |
| 635 | Out of Class Period |
| 636 | Out of Class Period |
| 637 | Out of Class Period |
| 638 | Out of Class Period |
| 639 | Out of Class Period |
| 640 | Out of Class Period |
| 641 | Out of Class Period |
| 642 | Out of Class Period |
| 643 | Out of Class Period |
| 644 | Out of Class Period |
| 645 | Out of Class Period |
| 646 | Out of Class Period |
| 647 | Out of Class Period |
| 648 | Out of Class Period |
| 649 | Out of Class Period |
| 650 | Out of Class Period |

**EXHIBIT E**

| | |
|---|---|
| 651 | Out of Class Period |
| 652 | Out of Class Period |
| 653 | Out of Class Period |
| 654 | Out of Class Period |
| 655 | Out of Class Period |
| 656 | Out of Class Period |
| 657 | Out of Class Period |
| 658 | Out of Class Period |
| 659 | Out of Class Period |
| 660 | Out of Class Period |
| 663 | Shares Not Purchased |
| 664 | Out of Class Period |
| 665 | Out of Class Period |
| 666 | Out of Class Period |
| 667 | No Recognized Loss |
| 668 | No Recognized Loss |
| 669 | Shares Sold Short |
| 670 | No Recognized Loss |
| 671 | Shares Not Purchased |
| 673 | No Recognized Loss |
| 674 | No Recognized Loss |
| 675 | No Recognized Loss |
| 676 | No Recognized Loss |
| 677 | No Recognized Loss |
| 678 | No Recognized Loss |
| 679 | No Recognized Loss |
| 680 | No Recognized Loss |
| 681 | No Recognized Loss |
| 682 | No Recognized Loss |
| 683 | No Recognized Loss |
| 684 | Out of Class Period |
| 686 | No Recognized Loss |
| 687 | No Recognized Loss |
| 688 | No Recognized Loss |
| 689 | No Recognized Loss |
| 690 | No Recognized Loss |
| 691 | No Recognized Loss |
| 692 | No Recognized Loss |
| 693 | No Recognized Loss |
| 694 | No Recognized Loss |
| 695 | No Recognized Loss |

**EXHIBIT E**

| | |
|---|---|
| 696 | No Recognized Loss |
| 697 | No Recognized Loss |
| 698 | No Recognized Loss |
| 699 | No Recognized Loss |
| 700 | No Recognized Loss |
| 702 | No Recognized Loss |
| 703 | No Recognized Loss |
| 704 | No Recognized Loss |
| 708 | No Recognized Loss |
| 719 | No Recognized Loss |
| 720 | Out of Class Period |
| 721 | Out of Class Period |
| 722 | Out of Class Period |
| 723 | No Recognized Loss |
| 724 | No Recognized Loss |
| 725 | No Recognized Loss |
| 726 | No Recognized Loss |
| 727 | No Recognized Loss |
| 728 | No Recognized Loss |
| 729 | No Recognized Loss |
| 730 | No Recognized Loss |
| 731 | No Recognized Loss |
| 732 | No Recognized Loss |
| 736 | No Recognized Loss |
| 737 | Out of Class Period |
| 738 | Out of Class Period |
| 739 | No Recognized Loss |
| 740 | No Recognized Loss |
| 741 | Out of Class Period |
| 742 | Out of Class Period |
| 743 | No Recognized Loss |
| 744 | Out of Class Period |
| 745 | Out of Class Period |
| 751 | Out of Class Period |
| 754 | No Recognized Loss |
| 755 | Out of Class Period |
| 756 | Out of Class Period |
| 757 | No Recognized Loss |
| 758 | No Recognized Loss |
| 759 | Out of Class Period |
| 760 | Shares Not Purchased |

**EXHIBIT E**

| | |
|---|---|
| 763 | Shares Not Purchased |
| 765 | Shares Not Purchased |
| 766 | Out of Class Period |
| 768 | No Recognized Loss |
| 769 | Shares Not Purchased |
| 770 | Shares Not Purchased |
| 773 | No Recognized Loss |
| 774 | No Recognized Loss |
| 777 | No Recognized Loss |
| 778 | No Recognized Loss |
| 779 | No Recognized Loss |
| 780 | No Recognized Loss |
| 781 | No Recognized Loss |
| 782 | Out of Class Period |
| 783 | No Recognized Loss |
| 784 | Shares Sold Short |
| 785 | No Recognized Loss |
| 786 | No Recognized Loss |
| 787 | No Recognized Loss |
| 788 | No Recognized Loss |
| 789 | No Recognized Loss |
| 790 | No Recognized Loss |
| 791 | No Recognized Loss |
| 792 | No Recognized Loss |
| 793 | No Recognized Loss |
| 794 | No Recognized Loss |
| 795 | No Recognized Loss |
| 796 | No Recognized Loss |
| 797 | No Recognized Loss |
| 798 | No Recognized Loss |
| 800 | No Recognized Loss |
| 804 | No Recognized Loss |
| 805 | No Recognized Loss |
| 806 | No Recognized Loss |
| 807 | No Recognized Loss |
| 809 | No Recognized Loss |
| 810 | No Recognized Loss |
| 815 | No Recognized Loss |
| 816 | No Recognized Loss |
| 825 | No Recognized Loss |
| 826 | No Recognized Loss |

**EXHIBIT E**

| | |
|---|---|
| 830 | Out of Class Period |
| 831 | Out of Class Period |
| 832 | Out of Class Period |
| 833 | No Recognized Loss |
| 834 | Shares Sold Short |
| 835 | No Recognized Loss |
| 836 | No Recognized Loss |
| 837 | Shares Not Purchased |
| 838 | Shares Sold Short |
| 839 | No Recognized Loss |
| 843 | No Recognized Loss |
| 844 | No Recognized Loss |
| 845 | No Recognized Loss |
| 846 | No Recognized Loss |
| 847 | No Recognized Loss |
| 848 | No Recognized Loss |
| 850 | Out of Class Period |
| 852 | No Recognized Loss |
| 853 | No Recognized Loss |
| 854 | No Recognized Loss |
| 855 | No Recognized Loss |
| 856 | No Recognized Loss |
| 857 | No Recognized Loss |
| 858 | Out of Class Period |
| 859 | No Recognized Loss |
| 860 | Out of Class Period |
| 861 | No Recognized Loss |
| 862 | Out of Class Period |
| 863 | Out of Class Period |
| 864 | No Recognized Loss |
| 865 | No Recognized Loss |
| 866 | Out of Class Period |
| 867 | Out of Class Period |
| 868 | Out of Class Period |
| 870 | No Recognized Loss |
| 871 | Out of Class Period |
| 872 | No Recognized Loss |
| 874 | Out of Class Period |
| 876 | No Recognized Loss |
| 877 | Out of Class Period |
| 878 | No Recognized Loss |

**EXHIBIT E**

| | |
|---|---|
| 879 | No Recognized Loss |
| 880 | No Recognized Loss |
| 881 | No Recognized Loss |
| 882 | No Recognized Loss |
| 883 | No Recognized Loss |
| 884 | Shares Sold Short |
| 886 | No Recognized Loss |
| 888 | Out of Class Period |
| 889 | No Recognized Loss |
| 890 | Out of Class Period |
| 891 | Out of Class Period |
| 892 | No Recognized Loss |
| 894 | No Recognized Loss |
| 895 | No Recognized Loss |
| 896 | No Recognized Loss |
| 897 | No Recognized Loss |
| 898 | Out of Class Period |
| 900 | Out of Class Period |
| 901 | Shares Not Purchased |
| 902 | No Recognized Loss |
| 904 | Out of Class Period |
| 905 | No Recognized Loss |
| 914 | No Recognized Loss |
| 915 | Out of Class Period |
| 916 | Out of Class Period |
| 917 | Shares Not Purchased |
| 918 | No Recognized Loss |
| 921 | Out of Class Period |
| 922 | No Recognized Loss |
| 923 | No Recognized Loss |
| 924 | Shares Not Purchased |
| 926 | Out of Class Period |
| 931 | Out of Class Period |
| 934 | Shares Not Purchased |
| 935 | No Recognized Loss |
| 937 | Out of Class Period |
| 938 | Shares Not Purchased |
| 939 | Shares Not Purchased |
| 940 | Duplicate Claim |
| 941 | Shares Not Purchased |
| 942 | Shares Not Purchased |

**EXHIBIT E**

| | |
|---|---|
| 943 | Shares Not Purchased |
| 944 | Shares Not Purchased |
| 945 | Out of Class Period |
| 946 | Out of Class Period |
| 947 | Out of Class Period |
| 950 | Shares Not Purchased |
| 969 | Duplicate Claim |
| 973 | Out of Class Period |
| 974 | Out of Class Period |
| 975 | No Recognized Loss |
| 976 | No Recognized Loss |
| 977 | Out of Class Period |
| 978 | Out of Class Period |
| 980 | No Recognized Loss |
| 981 | Shares Not Purchased |
| 982 | No Recognized Loss |
| 983 | Shares Not Purchased |
| 984 | Out of Class Period |
| 985 | Shares Not Purchased |
| 986 | Shares Not Purchased |
| 987 | Shares Not Purchased |
| 988 | Shares Not Purchased |
| 989 | No Recognized Loss |
| 990 | Shares Not Purchased |
| 991 | No Recognized Loss |
| 993 | Shares Not Purchased |
| 994 | No Recognized Loss |
| 995 | Shares Not Purchased |
| 996 | Shares Not Purchased |
| 997 | Shares Not Purchased |
| 998 | No Recognized Loss |
| 999 | Shares Not Purchased |
| 1000 | No Recognized Loss |
| 1001 | No Recognized Loss |
| 1002 | No Recognized Loss |
| 1003 | No Recognized Loss |
| 1004 | No Recognized Loss |
| 1005 | Shares Not Purchased |
| 1006 | No Recognized Loss |
| 1007 | Shares Not Purchased |
| 1008 | Shares Not Purchased |

**EXHIBIT E**

| 1009 | Shares Not Purchased |
|------|---------------------|
| 1010 | Shares Not Purchased |
| 1011 | Shares Not Purchased |
| 1012 | Shares Not Purchased |
| 1013 | No Recognized Loss |
| 1014 | No Recognized Loss |
| 1015 | No Recognized Loss |
| 1016 | Shares Not Purchased |
| 1017 | No Recognized Loss |
| 1018 | No Recognized Loss |
| 1019 | No Recognized Loss |
| 1020 | No Recognized Loss |
| 1022 | No Recognized Loss |
| 1025 | No Recognized Loss |
| 1027 | Out of Class Period |
| 1028 | No Recognized Loss |
| 1029 | Out of Class Period |
| 1034 | No Recognized Loss |
| 1035 | Out of Class Period |
| 1036 | Out of Class Period |
| 1037 | Out of Class Period |
| 1038 | Out of Class Period |
| 1039 | Out of Class Period |
| 1040 | Out of Class Period |
| 1041 | Out of Class Period |
| 1042 | Out of Class Period |
| 1043 | No Recognized Loss |
| 1044 | No Recognized Loss |
| 1091 | No Recognized Loss |
| 1092 | Shares Not Purchased |
| 1093 | Shares Not Purchased |
| 1096 | No Recognized Loss |
| 1098 | No Recognized Loss |
| 1099 | No Recognized Loss |
| 1100 | Shares Not Purchased |
| 1101 | Shares Not Purchased |
| 1110 | No Recognized Loss |
| 1113 | No Recognized Loss |
| 1114 | No Recognized Loss |
| 1115 | No Recognized Loss |
| 1116 | No Recognized Loss |

**EXHIBIT E**

| | |
|---|---|
| 1118 | Shares Not Purchased |
| 1119 | Shares Not Purchased |
| 1124 | No Recognized Loss |
| 1125 | Shares Not Purchased |
| 1126 | No Recognized Loss |
| 1128 | No Recognized Loss |
| 1129 | Out of Class Period |
| 1130 | Out of Class Period |
| 1139 | Duplicate Claim |
| 1146 | No Recognized Loss |
| 1147 | Out of Class Period |
| 1148 | No Recognized Loss |
| 1151 | Out of Class Period |
| 1156 | Out of Class Period |
| 1157 | Out of Class Period |
| 1160 | Wrong Stock |
| 1161 | Wrong Stock |
| 1171 | Out of Class Period |
| 1173 | Out of Class Period |
| 1174 | Out of Class Period |
| 1177 | No Recognized Loss |
| 1178 | Out of Class Period |
| 1182 | No Recognized Loss |
| 1183 | Out of Class Period |
| 1195 | No Recognized Loss |
| 1196 | No Recognized Loss |
| 1197 | No Recognized Loss |
| 1199 | No Recognized Loss |
| 1200 | Out of Class Period |
| 1202 | Out of Class Period |
| 1203 | No Recognized Loss |
| 1205 | Out of Class Period |
| 1206 | Out of Class Period |
| 1208 | Out of Class Period |
| 1209 | No Recognized Loss |
| 1210 | Out of Class Period |
| 1211 | Out of Class Period |
| 1212 | Out of Class Period |
| 1213 | Out of Class Period |
| 1214 | Out of Class Period |
| 1215 | No Recognized Loss |

**EXHIBIT E**

| | |
|------|----------------------|
| 1216 | Out of Class Period |
| 1217 | Out of Class Period |
| 1218 | Out of Class Period |
| 1219 | Out of Class Period |
| 1220 | Out of Class Period |
| 1221 | Out of Class Period |
| 1222 | Out of Class Period |
| 1223 | No Recognized Loss |
| 1224 | No Recognized Loss |
| 1228 | Out of Class Period |

**Total Ineligible Claims:    951**

**EXHIBIT F**

Fusion Connect, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA 19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:   1139

**December 10, 2021**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| More than one claim was filed for this account. | 0 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.